UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| CHARLENE LIBERTY, JOHN DAPONTE, JOHN DAVIS, DUANE GOMES, ADAM HANRAHAN and CHARLES KENNER, on behalf of themselves and all others similarly situated; and DISABILITY RIGHTS RHODE ISLAND, on behalf of its constituents, *Plaintiffs*, v. RHODE ISLAND DEPARTMENT OF CORRECTIONS; PATRICIA COYNE-FAGUE, in her official capacity as the Director of the Rhode Island Department of Corrections; MATTHEW KETTLE, in his official capacity as Assistant Director of Institutions and Operations; and BARRY WEINER, in his official capacity as Assistant Director of Rehabilitation Services *Defendants*. | C.A. No. 19-cv-0573-WES-PAS |

## STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Now come the parties and hereby stipulate and agree that the Defendants Rhode Island Department of Corrections, Patricia Coyne-Fague, in her official capacity as the Director of the Rhode Island Department of Corrections, Matthew Kettle, in his official capacity as Assistant Director of Institutions and Operations, and Barry Weiner, in his official capacity as Assistant Director of Rehabilitation Services (hereinafter "STATE DEFENDANTS") may have an additional forty-five (45) days or up to and including January 3, 2020 to answer or otherwise respond to Plaintiffs' Complaint.

| PLAINITFFS | STATE DEFENDANTS |
|---|---|
| By: | By: |
| DISABILITY RIGHTS RHODE ISLAND | PETER F. NERONHA<br>ATTORNEY GENERAL |
| *[signature]* | *[signature]* |
| Brian Adae (2536)<br>33 Broad Street, Suite 601<br>Providence, RI 02903<br>Tel: (401) 831-3150<br>Fax: (401) 274-5568<br>badae@drri.org | Brenda D. Baum (5184)<br>Michael W. Field (5809)Assistant<br>Attorneys General<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Tel: (401) 274-4400 ext. 2294/2380<br>Fax: (401) 222-2995<br>bbaum@riag.ri.gov<br>mfield@riag.ri.gov |