# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CHARLENE LIBERTY, JOHN DAPONTE,
JOHN DAVIS, DUANE GOMES,
ADAM HANRAHAN, and CHARLES KENNER,
on behalf of themselves and all others
similarly situated; and
DISABILITY RIGHTS RHODE ISLAND,
on behalf of its constituents,

C.A. No. 19-cv-0573-JJM-PAS

*Plaintiffs,*

v.

RHODE ISLAND DEPARTMENT OF
CORRECTIONS;
PATRICIA COYNE-FAGUE,
in her official capacity as the Director of the
Rhode Island Department of Corrections;
MATTHEW KETTLE, in his official capacity as
Assistant Director of Institutions and Operations; and
BARRY WEINER, in his official capacity as
Assistant Director of Rehabilitation Services,

*Defendants.*

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37, individual plaintiffs Charlene Liberty, John DaPonte, John Davis, Duane Gomes, Adam Hanrahan, and Charles Kenner ("Individual Plaintiffs") and Disability Rights Rhode Island ("DRRI") (collectively referred to as "Plaintiffs") move to compel defendants Rhode Island Department of Corrections ("RIDOC"), Patricia Coyne-Fague, Matthew Kettle, and Barry Weiner (collectively referred to as "Defendants") to produce unredacted copies of restrictive housing reports, prescription lists, meeting minutes, and use of

force reports and videos in response to Plaintiffs' Requests for Production of Documents Nos. 2, 12, 57, 58, 59, 70, and 74. As reasons therefore, Plaintiffs state that the information sought is relevant to Plaintiffs' claims, Defendants are the only ones with access to it, Defendants failed to articulate a valid legal basis for withholding such information, and the cost or burden of producing such information is minimal, particularly compared to the importance of the issues at stake in this action. In further support of its Motion, Plaintiffs rely upon, and incorporate by reference herein, the facts, arguments, and legal authority set forth in the accompanying Memorandum of Law in Support of its Motion to Compel.

WHEREFORE, Plaintiffs respectfully moves that the Court grant its Motion to Compel and Order that Defendants produce any and all restrictive housing reports, prescription lists, meeting minutes, and use of force reports and videos in unredacted form, including those documents and materials already produced and those to be produced in future productions by Defendants.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs hereby requests oral argument on its Motion to Compel pursuant to Local Rule Cv 7(c). Plaintiffs estimate no more than one hour will be necessary.

[*Signature page to follow*]

Respectfully submitted,
By their attorneys,


*/s/ Maria V. Morris*_____
Maria V. Morris (D.C. Bar No. 1697904)
*Admitted Pro Hac Vice*
Tammie Gregg (MN Bar No. 262420)
*Admitted Pro Hac Vice*
ACLU NATIONAL PRISON PROJECT
915 15th Street, N.W., 7th Floor
Washington, D.C. 20005-2302
Telephone: (202) 548-6618
Facsimile: (202) 393-4931
Email: mmorris@aclu.org
     tgregg@aclu.org

*/s/ Anne M. Mulready*_____
Anne M. Mulready (RI Bar No. 4738)
Brian Adae (RI Bar No. 2536)
DISABILITY RIGHTS RHODE ISLAND
33 Broad St., Suite 601
Providence, RI 02903
Telephone: (401) 831-3150
Facsimile: (401) 274-5568
Email: amulready@drri.org
badae@drri.org

*/s/ Patrick T. Uiterwyk*_____
Patrick T. Uiterwyk (RI Bar No. 7461)
James S. Rollins (MA Bar No. 569422)
*Admitted Pro Hac Vice*
NELSON, MULLINS, RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: (617) 417-4700
Facsimile: (617) 217-4751
Email:
Patrick.uiterwyk@nelsonmullins.com
James.rollins@nelsonmullins.com

Dated: December 8, 2021            **ATTORNEYS FOR PLAINTIFFS**

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, the foregoing Plaintiffs' was sent by mail and electronically to counsel of record at the following addresses:

Brenda Baum
Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903
Email: bbaum@riag.ri.gov

Rebecca Partington
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
Email: rebecca@desistolaw.com

Marc DeSisto
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
Email: marc@desistolaw.com

By: /s/ *James Rollins*_____