# Exhibits C-L subject of Motion to File Seal Pursuant to Protective Order