# Exhibit M

CHARLENE LIBERTY, JOHN DAPONTE,
JOHN DAVIS, DUANE GOMES,
ADAM HANRAHAN, and CHARLES KENNER,
on behalf of themselves and all others
similarly situated; and
DISABILITY RIGHTS RHODE ISLAND,
on behalf of its constituents,

C.A. No. 19-cv-0573-JJM-PAS

*Plaintiffs,*

v.

RHODE ISLAND DEPARTMENT OF
CORRECTIONS;
PATRICIA COYNE-FAGUE,
in her official capacity as the Director of the
Rhode Island Department of Corrections;
MATTHEW KETTLE, in his official capacity as
Assistant Director of Institutions and Operations; and
BARRY WEINER, in his official capacity as
Assistant Director of Rehabilitation Services,

*Defendants.*

## DECLARATION OF JEFFREY METZNER, M.D.,
## IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I, Jeffrey Metzner, do hereby swear, attest, and affirm the following:

1.      I am over the age of 18 and fully and legally competent to make this declaration. I

have personal knowledge of the statements and facts contained herein.

2.      I am a licensed M.D. and clinical professor of psychiatry at the University of

Colorado School of Medicine in Denver, CO.

3.      I graduated with a B.S. from the University of Maryland and subsequently received my M.D. from the University of Maryland Medical School in 1975.  I completed my psychiatric residency at the University of Colorado Health Sciences Center (UCHSC) in 1979.

4.      I am licensed to practice medicine in the state of Colorado, California, New Mexico, and Pennsylvania.

5.      I am presently a reviewer for various journals including, but not limited to, Psychiatric Services, American Journal of Psychiatry, and the Journal of the American Academy of Psychiatry and the Law.  I am also on the Board of Directors for the International Association of Correctional and Forensic Psychologists.

6.      I co-authored the  American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections (2018).

7.      I specialize in the practice of psychiatry with a subspecialty in correctional psychiatry.

8.      A true and accurate copy of my curriculum vitae, updates as of October 2021, is attached hereto as Exhibit A.

9.      Throughout my professional career I have prescribed psychotropic medication including, antidepressants, anti-anxiety medications, antipsychotics, and mood stabilizers.

10.      Antipsychotic medications may be used for more than one purpose, however, the principal purpose for prescribing antipsychotic medications is to treat mental illness. Antipsychotic medications are predominantly used to treat persons with a serious mental illness. In a correctional setting, antipsychotic medications are generally prescribed only by psychiatrists or psychiatric nurse practitioners (herein referred to as "Psychiatric Providers") for such purposes.

11.     Antipsychotic medications prescribed by non-Psychiatric Providers are almost always prescribed for off label use (*i.e.*, not reasons of treating a person for a serious mental illness), except for "bridge orders", which refers to the an order which "bridges" or continues the medication prescribed before entering RIDOC custody that needs to be renewed in a timely manner.  Psychiatric Providers seldom prescribe psychotropic medications for off label purposes not involving the treatment of a person for a mental illness.

12.     Having a list of incarcerated persons prescribed psychotropic medications (*e.g.*, antidepressant medications, antipsychotic medication, mood stabilizing medications) is a very effective way of screening which incarcerated persons  are likely to have a serious mental illness—despite RIDOC's designation.

So sworn on this 15th day of November, 2021.

Jeffrey L. Metzner, M.D.

# Exhibit A

JEFFREY L. METZNER, M.D., P.C.
1777 SOUTH HARRISON STREET
SUITE 1500
DENVER, COLORADO 80210
____

TELEPHONE (303) 355-6842
FACSIMILE (303) 322-2155

# CURRICULUM VITAE

**October 2021**

**BIOGRAPHICAL DATA**

**Place of Birth:** Hagerstown, Maryland
**Citizenship**: U.S.A.
**Marital Status:** Married

**Education:**

> University of Maryland (College Park, Maryland), B.S., 1972.
> University of Maryland Medical School (Baltimore, Maryland), M.D., 1975.
> Internship:  University of Colorado Health Sciences Center (UCHSC), January 1975 – July 1975.
> Psychiatric Residency:  UCHSC, July 1975 - July 1979.

**Licensure:**

> State of Colorado License (#20007), July 1975 to present (expires 4/30/2021).
> State of California License (#G43933), March 3, 2000 to present (expires 3/31/2022).
> State of New Mexico (#2003-0547), August 18, 2003 to present (expires 7/1/2024).
> State of Pennsylvania (#MD425683), January 25, 2005 to present (expires 12/31/2022).

**Academic Appointments:**

> Chief Resident, Psychiatric Liaison Division, University of Colorado School of Medicine (July 1978 to July 1979).
> Clinical Instructor, Department of Psychiatry, University of Colorado School of Medicine (July 1978 to July 1981).
> Assistant Clinical Professor, Department of Psychiatry, University of Colorado School of Medicine (July 1981 - July 1989).
> Associate Clinical Professor, Department of Psychiatry, University of Colorado School of Medicine (July 1989 to October 1995).
> Clinical Professor, Department of Psychiatry, University of Colorado School of Medicine (October 1995 to present).
> Clinical Professor, Department of Pediatrics, University of Colorado School of Medicine (October 1995 to 2006).
> Member, Committee on Senior Clinical Appointments, University of Colorado School of Medicine (December 1996 to June 2006).
> Lecturer-in-Law, University of Denver, College of Law (October 1984 to 1986).
> Associate Director, Forensic Psychiatry Fellowship Program, Department of Psychiatry,

University of Colorado School of Medicine
(1992 to present).
Member, Search Committee (for Department of Psychiatry Chairperson)
(October 1999 to August 2000).

**Other Activities:**
Governor's Criminal Insanity Task Force (1978-1979):
Member, Subcommittee concerning release procedures.
Member, Subcommittee concerning the issues of treatment of criminally insane in correctional or mental health facilities.
Member, Disability Law Committee, Colorado Bar Association (1981-1995).
Member, Colorado Medical Society's Committee on Medical Care in Correctional Institutions (1983-1990).
Reviewer, Child Abuse and Neglect: The International Journal (1986 to 2005).
Reviewer, J Amer. Acad. Psychiatry and the Law (1993 to present)
Reviewer, Hosp. Community Psychiatry (1993 to present)
Reviewer, American Psychologist (February 1999 to 2001)
Reviewer, American Journal of Evaluation (May 2009)
Reviewer, JAMA (2001)
Reviewer, Administration and Policy in Mental Health and Mental Health Services Research (June 2005)
Reviewer, Journal of Dual Diagnosis (November 2005)
Reviewer, American Journal of Psychiatry (June 2006 to present)
Reviewer, The Journal of Clinical Psychiatry (2008)
Reviewer, Acta Astronautica (2011)
Reviewer, International Journal of Environmental Research and Public Health (August 2015 to present)
Editorial Board, Behavioral Sciences & the Law (2001 to 2011)
Co-chairman, Civil Commitment Task Force (a coalition of major mental health care professional organizations, pertinent consumer and family advocacy organizations, and relevant legal organizations) (April 1987 to September 1990).
American Board of Psychiatry and Neurology, Inc.
Examiner (October 1988 to 2006, Senior Examiner, 1997 to 2006).
Member, Committee on Certification for Added Qualifications in Forensic Psychiatry (August 1995 to present).
Member, Steering Committee on Certification for Added Qualifications in Forensic Psychiatry (June 2002 to present); Chair, (June 2008 to present).
American Board of Forensic Psychiatry, Inc.
Examiner, American Board of Forensic Psychiatry, Inc. (October 1989 to 1994).
Member, Written Examination Committee (October 1989 to 1993).
Member, Board of Directors (July 1, 1992 - March 17, 1995).
Chairman, Oral Examination Committee (July 1992 to May 1993).
Chairperson, Expert Panel-Psychiatric Disorders and Commercial Drivers, U.S. Department of Transportation (February 1990 to May 1991).

Member, State of Colorado Mental Health Advisory Board for Service Standards and Regulations (April 1990 - July 1996).

Chairperson, Psychological/Psychiatric Task Force on Impairment, State of Colorado, Department of Labor and Employment December 1992 to 1995, November 1999 – December 2000).

Member, Work Group Advisors for the American Psychiatric Association Diagnostic and Statistical Manual of Mental Disorders (DSM-IV), 1994.

Member, Advisors on Forensic Issues for the American Psychiatric Association Diagnostic and Statistical Manual of Mental Disorders (DSM-IV), 1993-1994.

Member, Board of Directors, Accreditation Council on Fellowships in Forensic Psychiatry (May 1994 to 1996).

Member, Colorado Supreme Court Grievance Committee (December 1995 to 1999).

Member, Attorney Regulation Committee (Colorado Supreme Court), (1999 to 2004).

Site Reviewer, Accreditation Council for Graduate Medical Education (1996 to 1998).

Member, Institute of Medicine Committee on Ethical Considerations for Revisions to DHHS Regulations for Protection of Prisoners Involved in Research, March 2005 to 2006.

Medical Panel Expert, Federal Motor Carrier Safety Administration, Psychiatric Disorders and Commercial Motor Vehicle Driver Safety, 2009.

Member, Advisors on Forensic Issues for the American Psychiatric Association Diagnostic and Statistical Manual of Mental Disorders (DSM-V (TR)), 2020-2021.

Member, Board of Directors International Association of Correctional and Forensic Psychologists, (2019 to present).

**Honors:**

AOA (1975).

University of Colorado Health Sciences Center, Department of Psychiatry Clinical Faculty Award, June 1992.

University Colorado of Health Sciences Center, Department of Psychiatry Clinical Faculty Award Outstanding Overall Achievement, March 21, 2002.

American Academy of Psychiatry and the Law
Outstanding Service Award (October 1999).

Pfizer Visiting Professor, University of Massachusetts Medical School, Department of Psychiatry, (September 26-28, 2000).

Seymour Pollack Distinguished Achievement Award for distinguished contributions to forensic psychiatry (October 2003).

American Psychiatric Association
Fellow, American Psychiatric Association (December 1987 to present).
Distinguished Fellow, American Psychiatric Association (January 2003 to 2012).
Distinguished Life Fellow, American Psychiatric Association (May 2012 to present).

Visiting Professor, University of Hawaii, John A Burns School of Medicine, Department of Psychiatry, May 2-6, 2005.

Recipient, 2005 National Adolescent Perpetration Network Brandt F. Steele Memorial Award

Recipient, Colorado Psychiatric Society Outstanding Achievement Award, 2005

Recipient, National Alliance for the Mentally Ill Exemplary Psychiatrist Award, 2005

Yochelson Visiting Scholar, Yale Medical School, Department of Psychiatry, April 23- 25, 2008

Recipient, Isaac Ray Award, awarded by the American Psychiatric Association and the American Academy of Psychiatry and the Law, May 5, 2008

Recipient, B. Jaye Anno Award of Excellence in Communication, awarded by the National Commission on Correctional Health Care, October 11, 2010.

Co-recipient with Robert Trestman, M.D. & Kenneth Appelbaum, the Manfred S. Guttmacher Award, awarded by the American Psychiatric Association and the American Academy of Psychiatry and the Law, May 2016.

Recipient, a Special Presidential Commendation from the American Psychiatric Association in recognition of outstanding leadership and contributions to correctional psychiatry and for extraordinary efforts to improve conditions in correctional facilities, May 2016.

Recipient, the Megargee Award Distinguished Contribution Award, awarded by the International Association for Correctional and Forensic Psychology, October 30, 2017.

Recipient, Lifetime Achievement Award, awarded by the Colorado Psychiatric Association, April 20, 2018.

Recipient, American Psychiatric Association's 2019 Distinguished Service Award

**Professional Society Memberships:**
Colorado Psychiatric Society:
> Membership Committee (1981-1990; Chairman, 1981-1983).
> Legislative Committee (1979-present; Chairman, 1983-1991, 1992 to 2000).
> Member, Forensic Committee (1981 to 2002).
> Treasurer (1982-1984).
> Member, Committee on Medical and Psychiatric Care for the Canon City Facility (December 1979 - June 1980 and July 1981 to 1983).
> Trustee (1984-1986).
> Fellowship Committee (1987 to 2004).
> President-Elect (May 1990 to May 1991).
> President (May 1991-May 1992).
> Assembly Representative (May 1994-May 2000).

Member, Board of Directors, Colorado for Physicians Mental Health/Political Action Committee (1988 to 2000; Chairman, 1988-1990).

American Correctional Health Services Association, Member (1984 - present).

Rocky Mountain Chapter of the American Correctional Health Services Association:
> Member at large, Board of Directors (January 1984 to March 1988).

American Psychiatric Association (1978 to present):
> Member, Task Force on Psychiatric Services in Correctional Facilities (December 1985-1989; Work Group to Revise the APA Guidelines on Psychiatric Services in Correctional Facilities (2014-2015).

Member, Council on Psychiatry and the Law (May 1989-May 1994), Vice-Chairman (May 1993-May 1994), May 1999–May 2004, Vice-Chairman (May 1999-May 2000), Chairman (May 2000-May 2004), Member 2015-2021).

Assembly Liaison, Council on Psychiatry and the Law (May 1994 to May 2000).

Member, Task Force on Sexually Dangerous Offenders (1993 to 1999).

Consultant, Commission on Judicial Action (1994-1996).

Member, Commission (Committee) on Judicial Action (1997-2002; 2004-2009), Chairperson (May 2004 to May 2008).

Area VII Member, APA Nominating Committee (May 1997 - May 1999).

Member, Task Force to Revise Task Force Report # 22 Seclusion and Restraint: The Psychiatric Uses (2003 to December 2006).

Member, Committee on Public Policy, Litigation and Advocacy (May 2002 to May 2004), Consultant (May 2004 to May 2006), Chairperson, (May 2008-May 2011), Consultant May 2011 to December 2015)

Consultant, Council on Advocacy and Public Policy (May 2008-May 2011).

American Academy of Psychiatry and the Law (1983 to present):

Member, Public Information Committee (November 1984 to 1994; Chairman, October 1989 to January 1993).

Member, Committee on Psychiatric Services for Correctional Facilities (November 1984 to October 1995).

Member, Committee on International Relations (November 1984 to October 1986).

Member, Site Selection Committee (October 1988 to 1996, Chairman, January 1993 to 1996).

Member, Institutional Forensic Psychiatry Committee (1991-1994).

Member, Nominating Committee (1991-1993, 2003, 2005, 2007, 2008).

Member, Peer Review of Psychiatric Testimony (1992-1995, 1997-1999).

Associate Editor, American Academy of Psychiatry and the Law Newsletter (July 1988 - July 1992).

Councilor (October 1991 - October 1994).

Program Committee (1994 to 2002).

Chairman, Program Committee for the 1995 Annual Meeting.

Treasurer (October 1995 - October 1997).

Vice-President (October 1997 - October 1998).

President-elect (October 1999 – October 2000).

President (October 2000-October 2001).

Member, Board of Directors, AAPL Institute on Education and Research, (2002 to 2010).

Member, task force on disability guidelines (2006- 2008).

Member, Awards Committee, Chairperson (2014-present).

American Correctional Association, Member (1986 to present).

Member, Mental Health Committee (1996-2002).

American College of Legal Medicine, Associate-In-Medicine (February 1986 to December 2005).

American Academy of Forensic Sciences, Member (February 1991 to 2007).
Member, Medical Committee, Colorado Guardianship Center for Persons with Developmental Disabilities (1989-1993).
Group for the Advancement of Psychiatry:  Psychiatry and Law Committee (1991 to 1998).

**Correctional Psychiatry:**
Chief of Psychiatry, Colorado State Penitentiary (June 1980 to July 1981).
Consulting Psychiatrist, National Prison Project (1981 to present).
Consulting Psychiatrist, U.S. Department of Justice, Civil Rights Division (1990 to present).
Court Monitor (United States District Court, Southern District of New York), Reynolds et al. v. Sielaff et al., (1991-1994).
Consultant, Office of the Court Monitor (United States District Court for the District of Puerto Rico), Morales Feliciano et al. v. Rossello Gonzales et al., (1991-1997).
Member, Monitoring Team (United States District Court for the District of Kansas, Judge Richard D. Rogers), Porter et al. v. Finney et al. (No. 77-3045-R), (September 1992 to May 1994).
Certified Correctional Health Professional - Advanced Status (February 1, 1994).
Accreditation Surveyor, National Commission on Correctional Health Care (1995 to 2006).
Consultant, Office of the Court Monitor (United States District Court, Southern District of Ohio, Western Division, Magistrate Judge Robert Steinberg and Judge Spiegel), Dunn et al. v. Voinovich et al. (No. C1-93-0166), (1995 to 2000).
Consultant, Office of the Special Master and to The Honorable Thelton E. Henderson (United States District Court, Northern Division of California), Madrid et al. v. Gomez et al. (No. C90-30-94-TEH), (1995 to 2008).
Court-Appointed Expert (United States District Court for the Northern District of Illinois, Eastern Division, Judge James B. Zagel), Harrington et al. v. Kiley et al. (No. 74 C 3290), (June 20, 1995 to 2006).
Court-Appointed Expert (United States District Court for the Eastern District of California, Judge Lawrence K. Karlton), Coleman et al. v. Wilson et al. (No. CIV S-90-0520), (March 1996 to present).
Member, Monitoring Team (United States District Court for the Middle District of Georgia, Judge Claude Hicks, Jr.), Cason et al. v. Seckinger (No. 84-313-1-MAC), (1996 to 1998).
Consultant to the Office of the Monitor, Goldsmith v. Dean (No. 2: 93-CV-383), (1996 to 1998.).
Member, Monitoring Team (United States District Court for the District of Montana, Helena Division), USA v. Montana et al. (No. 94-90-H-CCL), (1996 to 1999).
Consultant to the Monitor (United States District Court, Western District of Washington), Hallet v. Payne, (No. C93-5496)(T)(D), (1998 to 1999).
Consultant to the Court (United States District Court, Southern District of Florida), Carruthers, et al. v. Jenne, II, et al. (Case No. 76-6086-CIV-Hoeveler), (January 2002 to 2007).

Psychiatric Monitor for the Memorandum of Agreement between the U.S. Department of Justice and the Los Angeles County, California re: mental health services at the Los Angeles County Jail (December 2002 to 2014).

Monitor for the Stipulated Agreement Re: <u>McClendon, et. al. v. The City of Albuquerque, et. al.</u> USDC No. CIV 95-0024 MV/ACT (May 2005 to present).

Psychiatric Expert for the Independent Monitor Re: the Settlement Agreement between the U.S. Department of Justice and the Delaware Department of Corrections (February 2007 to 2010).

Psychiatric Monitor for the Agreed Order in the U.S.A. v. Dallas County Jail CRIPA Investigation (July 2007 to 2015).

Psychiatric Monitor for the Memorandum of Agreement between the U.S. Department of Justice and the State of Maryland re: the Baltimore City Detention Center (July 2007 to 2014)

Jointly appointed consultant for the Memorandum of Agreement between the U.S. Department of Justice and the State of Wisconsin re: the Taycheedah Correctional Institution (TCI) (May 2008 to 2012).

Member, Society for Correctional Physicians (2009 to present).

Psychiatric Monitor for the Memorandum of Agreement between the U.S. Department of Justice and the Cook County Board of Commissioners and the Cook County Sheriff's Office (June 2010 to June 2018)

Psychiatric Expert for the Settlement Agreement between the U.S. Department of Justice and Lake County Jail (2011 to present)

Technical Compliance Consultant for the Stipulated Order of Dismissal between the U.S. Department of Justice and Erie County, New York (2011 to present).

Psychiatric Consultant to Office for Civil Rights and Civil Liberties, Department of Homeland Security (2011 to present).

Implementation panel member for the Settlement Agreement Re: T.R., P.R., K.W., et al. v. South Carolina Department of Corrections, et al. (2016 to present).

Psychiatric Monitor for the Settlement Agreement Re: Cunningham, *et al.* and Disability Law Colorado v. Federal Bureau of Prisons (2017 to present)

**Other Information:**

Chief of Psychiatry, Division of Forensic Psychiatry, Colorado State Hospital (1978).

Staff Psychiatrist, Denver General Hospital (July 1, 1979 to July 1980).

Private Practice: Denver, Colorado (July 1979 to present).

Spalding Rehabilitation Hospital:

Consulting Psychiatrist - Pain Rehabilitation Program (December 1979-1995).

Medical Staff President (May 1983 - May 1984).

Member, Board of Directors (May 1986-1995).

Chairman, Board of Directors (January 1992 to October 31, 1995).

Consulting Psychiatrist, Institute of Forensic Psychiatry, Colorado Mental Health Institute at Pueblo (July 1981 to November 1986; December 1991 to present).

Consulting Psychiatrist, Denver Veterans Administration Hospital, Administrative Medicine disability examinations (1981 to 2006).

Clinical Director, Perpetration Prevention Program, C. Henry Kempe National Center for the Prevention and Treatment of Child Abuse and Neglect, Department of Pediatrics, UCHSC (1986 to 2006).

Diplomate, American Board of Psychiatry and Neurology (April 1981).

Diplomate, American Board of Forensic Psychiatry (October 1985).

Certified, Added Qualifications in Forensic Psychiatry, American Board of Psychiatry and Neurology (1994), Recertified (2002-2014; April 2011-December 2021; April 2019-April 2029).

Full operating level treatment provider and full operating level evaluator, as per standards established by the Colorado Sex Offender Management Board (October 2003 to 2007).

Monitor for the Neiberger et al. v Schoenmakers et al. Settlement Agreement (Colorado Mental Health Institute – Pueblo Institute for Forensic Services) January 2005 to December 2006.

# PUBLICATIONS

## National Newsletters

1.  Metzner JL: The Role of the Psychiatric Resident in Medical Student Education. Association of Academic Psychiatry, 5: July 1979.

2.  Metzner JL: <u>Brady et al v. Hopper:</u> The Special Relationship between Foreseeability and Liability. American Academy Psychiatry and the Law Newsletter, 8: Dec. 1983.

3.  Metzner JL: <u>Bee v. Greaves:</u> Pretrial Detainees and Involuntary Medication. Amer. Acad. Psychiatry and the Law Newsletter, 10: April 1985.

4.  Metzner JL: The Right to Refuse Treatment in Colorado: <u>People v. Medina.</u> Amer. Acad. Psychiatry and the Law Newsletter, 10: Dec. 1985.

5.  Metzner JL: <u>Ward v. Kort:</u> Forensic Hospitals and Legal Access to the Courts. Amer. Acad. Psychiatry and the Law Newsletter, 10: Dec. 1985.

6.  Metzner JL: <u>Colorado v. Connelly:</u> Confessions of the Mentally Ill. Amer. Acad. Psychiatry and the Law Newsletter, 11: Sept. 1986.

7.  Metzner JL: <u>Colorado v. Connelly:</u> Confessions of the Mentally Ill. Amer. Acad. Psychiatry and the Law Newsletter, 12: April 1987.

8.  Metzner JL: <u>Miller v. District Court:</u> Psychiatric Evaluation and the Attorney-Client Privilege. Amer. Acad. Psychiatry and the Law Newsletter, 12: Sept. 1987.

9.  Metzner JL: <u>Romero v. Colorado:</u> The Admissibility of Posthypnotic Testimony. Amer. Acad. Psychiatry and the Law Newsletter, 13: April 1988.

10. Metzner JL: <u>Rotman v. Mirin.</u> Amer. Acad. Psychiatry and the Law Newsletter, 13: Dec. 1988.

11. Metzner JL: <u>Perreira v. Colorado.</u> Amer. Acad. Psychiatry and the Law Newsletter, 14: Sept. 1989.

12. Metzner JL: <u>Washington v. Harper:</u> Treatment Refusal in a Penal Setting Revisited. Amer. Acad. Psychiatry and the Law Newsletter, 15: Sept. 1990.

13. Metzner JL: <u>Colorado v. Serravo:</u> Insanity Clarified. Amer. Acad. Psychiatry and the Law Newsletter, 17: April 1992.

14. Metzner JL: <u>Rufo v. Inmates of Suffolk County Jail</u>. Amer. Acad. Psychiatry and the Law Newsletter, 17: Dec. 1992.

15. Metzner JL: Amendment to Rule 26: Information Essential for the Forensic Psychiatrist. Amer. Acad. Psychiatry and the Law Newsletter, 19: Sept. 1994.

16. Metzner JL: Prison Litigation Reform Act. Amer. Acad. Psychiatry and the Law Newsletter, 21: Sept 1996.

## **<u>Book Chapters</u>**

1. Metzner JL: Insanity Plea, in <u>Psychiatric Decision Making</u>. Edited by Dubovsky SL, Feiger AJ, Eiseman B. Philadelphia, B.C. Decker, Inc., 1984.

2. Metzner JL: Competency to Stand Trial, in <u>Psychiatric Decision Making</u>.

3. Metzner JL: Civil Commitment of Adults, in <u>Psychiatric Decision Making.</u>

4. Metzner JL: Chronic Depression, in <u>Psychiatric Decision Making.</u>

5. Ryan G, Metzner JL, and Krugman RD: When the Abuser is a Child, in <u>Understanding and Managing Child Sexual Abuse.</u> Edited by Oates, RK. Philadelphia, W.B. Saunders, 1990.

6. Metzner JL, Struthers DR, and Fogel MA: Psychiatric Disability Determinations and Personal Injury Litigation, in <u>Principles in Practice of Forensic Psychiatry</u>. Edited by Rosner, R. New York, Chapman & Hall, 1994.

7. Metzner J, Ryan G: Sexual Abuse Perpetration, in <u>Conduct Disorders in Children and Adolescents</u>. Edited by Sholevar, GP. Washington, D.C., American Psychiatric Press, Inc., 1995.

8.   Metzner JL: Confidentiality and Privilege, in <u>Psychiatric Secrets</u>.  Edited by Jacobson JL & Jacobson AM. Philadelphia, Hanley & Belfus, Inc., 1995.

9.   Metzner JL, Cohen F, Grossman LS, Wettstein RM; Treatment in Jails and Prisons, in <u>Treatment of Offenders with Mental Disorders</u>. Edited by Wettstein, RM. New York, NY, The Guilford Press, 1998.

10.  Metzner JL, Becker J, Juvenile Sex Offenders, in <u>Dangerous Sex Offenders: A Task Force Report of the American Psychiatric Association</u>. Edited by Zonana H. Washington, D.C., American Psychiatric Association, 1999.

11.  Metzner JL: Confidentiality and Privilege, in <u>Psychiatric Secret (2nd Edition)</u>.  Edited by Jacobson JL & Jacobson AM. Philadelphia, Hanley & Belfus, Inc., 2000.

12.  Metzner JL: Trends in Correctional Mental Health Care, in Management and Administration of    Correctional Health Care.  Edited by Moore J. Kingston, New Jersey, Civic Research Institute, 2003.

13.  Metzner JL, Buck JB: Psychiatric Disability Determinations and Personal Injury Litigation, in <u>Principles in Practice of Forensic Psychiatry, (Second Edition)</u>. Edited by Rosner, R.  London, Arnold, 2003.

14.  Dvoskin JA, Spiers EM, Metzner JL, Pitt SE: The Structure of Correctional Mental Health Services, in <u>Principles in Practice of Forensic Psychiatry, (Second Edition)</u>. Edited by Rosner, R.  London, Arnold, 2003.

15.  Metzner JL, Dvoskin JA: Psychiatry in Correctional Settings, in <u>Textbook of Forensic Psychiatry.</u> Edited by Simon, RI and Gold, LH.  Washington, American Psychiatric Press, 2004.

16.  Metzner JL (associate editor):   Mental health chapters, in <u>Clinical Practice in Correctional Medicine</u>, Second Edition. Edited by Puisis, M. Philadelphia, Mosby Elsevier, 2006.

17.  Metzner JL (associate editor):   Mental health chapters, in <u>Clinical Practice in Correctional Medicine</u>, Second Edition. Edited by Puisis, M. Philadelphia, Mosby Elsevier, 2006.

18.  Metzner JL, Hayes LM: Suicide Prevention in Jails and Prisons, in <u>Textbook of Suicide Assessment and Management</u>. Edited by Simon, RI and Hales, RE. Washington, American Psychiatric Press, 2006.

19.  Metzner JL, Humphreys S and Ryan G: Juveniles Who Sexually Offend: Psychosocial Intervention and Treatment, in <u>Textbook of Sex Offenders:</u>

<u>Identification, Risk Assessment, Treatment, and Legal Issues</u>. Edited by Saleh, FM, Grudzinskas, AJ Bradford, JM and Brodsky, DJ. New York, Oxford University Press, 241-264, 2009.

20. Metzner JL, Monitoring a Correctional Mental Health System, in <u>Handbook of Correctional Mental Health (Second Edition)</u>. Edited by Scott CL. Washington, DC, American Psychiatric Publishing, Inc. 377-394, 2009.

21. Ruiz A, Dvoskin JA, Scott CL, Metzner JL (eds): <u>Manual of Forms and Guidelines for Correctional Mental Health</u>. Washington, DC, American Psychiatric Publishing, Inc. March 2010.

22. Metzner JL, Dvoskin JA: Psychiatry in <u>Correctional Settings, in Textbook of Forensic Psychiatry</u>. Edited by Simon, RI and Gold, LH. Washington, American Psychiatric Press, 2010.

23. Metzner JL, Current Issues in Correctional Psychiatry, in <u>Practical Guide to Correctional Mental Health and the Law</u>. Edited by Cohen F. Kingston, NJ: Civic Research Institute, 2011.

24. Metzner JL, Hayes LM: Suicide Prevention in Jails and Prisons, in <u>Textbook of Suicide Assessment and Management, Second Edition</u>. Edited by Simon, RI and Hales, RE. Washington, American Psychiatric Press, 2012.

25. Maloney MP, Metzner JL & Dvoskin JA. Screening and Assessments, Chapter 3.1. Edited by Trestman RL, Appelbaum KL, Metzner JL. <u>The Oxford Textbook of Correctional Psychiatry</u>, New York: Oxford University Press, May 2015.

26. Metzner JL. Systems Monitoring and Quality Improvement, Chapter 13.5. Edited by Trestman RL, Appelbaum KL, Metzner JL. <u>The Oxford Textbook of Correctional Psychiatry</u>, New York: Oxford University Press, May 2015.

27. Metzner JL & Appelbaum KL. Levels of Care, Chapter 4.7. Edited by Trestman RL, Appelbaum KL, Metzner JL. <u>The Oxford Textbook of Correctional Psychiatry</u>, New York: Oxford University Press, May 2015.

28. Hughes K & Metzner JL. Suicide Risk Management, Chapter 9. Edited by Trestman RL, Appelbaum KL, Metzner JL. <u>The Oxford Textbook of Correctional Psychiatry</u>, New York: Oxford University Press, May 2015.

29. Appelbaum KL, Trestman RL. Metzner JL. The Future of Correctional Psychiatry: Evolving and Recommended Standards, Chapter 13.11. Edited by Trestman RL, Appelbaum KL, Metzner JL. <u>The Oxford Textbook of Correctional Psychiatry</u>, New York: Oxford University Press, May 2015.

30. Gold LH, Metzner JL, & Buck JB: Psychiatric Disability Evaluations, Workers' Compensation, Fitness-for-Duty Evaluations and Personal Injury Litigation, in Principles in Practice of Forensic Psychiatry, (Third Edition). Edited by Rosner, R. & Scott, CL. Boca Raton, CRC Press, Arnold, 2017.

31. Dvoskin JA, Brown MC, Metzner JL, Nelson, EM, & Pitt SE: The Structure of Correctional Mental Health Services, in Principles in Practice of Forensic Psychiatry, (Third Edition). Edited by Rosner, R. & Scott, CL. Boca Raton, CRC Press, Arnold, 2017.

32. Trestman RL, Metzner JL & Appelbaum KL: Psychiatric Treatment in Correctional Settings, in Textbook of Forensic Psychiatry. Edited by Gold LH & Frierson RL, Arlington VA, American Psychiatric Association Publishing, 2018.

33. Metzner JL, Hayes LM: Suicide Prevention in Jails and Prisons, in Textbook of Suicide Assessment and Management, Third Edition. Edited by Gold LH and Frierson RL.Washington, American Psychiatric Press, 2020.

34. Metzner JL, Gendel MH: The Stress of being Sued, in Malpractice and Liability in Psychiatry. Edited by Ash P, Frierson RL, Hatters Friedman S. Cham, Switzerland, Springer Nature Switzerland AG, in Press.

**Peer Reviewed Journals**

1. Dubovsky SL, Metzner JL, Warner R: Problems with Internalization of a Transplanted Liver, Amer. J. Psychiatry, 136: 1090-1091, 1979.

2. Metzner JL, Dubovsky SL: The Role of the Psychiatrist in Evaluating a Prison Mental Health System in Litigation. Bull.Amer.Acad. Psychiatry and the Law, 14:89-93, 1986.

3. Metzner JL, Fryer GE, Usery D: Prison Mental Health Services: Results of a National Survey of Standards, Resources, Administrative Structure, and Litigation. J. Forensic Sciences, 13: 433-438, March 1990.

4. Metzner JL: Applied Criminology. Current Opinion in Psychiatry, 4:856-860, 1991.

5. Metzner JL: A Survey of University-Prison Collaboration and Computerized Tracking Systems in Prisons. Hosp. Community Psychiatry, 43:713-716, July 1992.

6. Metzner JL: Prisons, Hospitals, and Other Institutions. Current Opinion in Psychiatry, 5:809-812, 1992.

7. Metzner JL, Dentino AN, Goddard SL, Hay DP, Hay L, Linnoila M: Impairment in Driving and Psychiatric Illness. J. Neuropsychiatry and Clinical Neurosciences, 5:211-220, 1993.

8. Metzner JL: Guidelines for Psychiatric Services in Prisons. Criminal Behaviour and Mental Health, 3:252-267, 1993.

9. Metzner JL, Miller RD, Kleinsasser D: Mental Health Screening and Evaluation within Prisons. Bull. Amer. Acad. Psychiatry and the Law, 22:451-457, 1994.

10. Hoge SK, Appelbaum P, Jorgenson L, Goldstein N, Metzner J, Patterson R, Robinson G: APA Resource Document: Legal Sanctions for Mental Health Professional/Sexual Misconduct. Bull. Amer. Acad. Psychiatry and the Law, 23:433-448, 1995.

11. Ryan G, Miyoshi TJ, Metzner JL, Krugman RD, Fryer GE: Trends in a National Sample of Sexually Abusive Youths. J. Am. Acad. Child Adolesc. Psychiatry 35: 17-25, 1996.

12. Metzner JL: Correctional Psychiatry. Current Opinion in Psychiatry, 10:441-444, 1997.

13. Metzner JL: An Introduction to Correctional Psychiatry: Part I. J. Amer. Acad. Psychiatry and the Law, 25:375-381, 1997.

14. Metzner JL: An Introduction to Correctional Psychiatry: Part II. J. Amer. Acad. Psychiatry and the Law, 25:571-579, 1997.

15. Metzner JL: An Introduction to Correctional Psychiatry: Part III. J. Amer. Acad. Psychiatry and the Law, 26:107-116, 1998.

16. Metzner JL: Pennsylvania Department of Corrections et al. v. Ronald R. Yeskey: Prisons and the Americans with Disabilities Act of 1990. J. Amer. Acad. Psychiatry and the Law, 26:665-668, 1999.

17. Metzner JL: Class Action Litigation in Correctional Psychiatry. J. Amer. Acad. Psychiatry and the Law, 30: 19-29, 2002.

18. Metzner JL: Prison Litigation in the USA: It Helps. J. Forensic Psychiatry, 13: 240-244, 2002.

19. Metzner JL: Commentary: The Role of Mental Health in the Disciplinary Process. J. Amer. Acad. Psychiatry and the Law, 30: 497-499, 2002.

20. Metzner JL: Improving Correctional Mental Health Systems: An Academic/Forensic Psychiatrist's Perspective. Acad. Psychiatry, 27: 201-203, 2003.

21. Metzner JL: Commentary: Physician Reporting of Impaired Drivers. J. Amer. Acad. Psychiatry and the Law, 32:80-82, 2004.

22. Metzner JL and Dvoskin JA: An Overview of Correctional Psychiatry. Psychiatric Clinics N Am , 29: 761-772, 2006.

23. Gold LH and Metzner JL: Psychiatric Employment Evaluations and the Health Insurance Portability and Accountability Act. Am J Psychiatry 153: 1878-1882, 2006

24. Wortzel H and Metzner J: *Clark v. Arizona*: Diminishing the Right of Mentally Ill Individuals to a Full and Fair Defense. J. Amer. Acad. Psychiatry and the Law, 34:545-8, 2006.

25. Metzner JL: Introduction to: Resource Document on the Use of Restraint and Seclusion in Correctional Health Care. J. Amer. Acad. Psychiatry and the Law, 35:415-416, 2007.

26. Metzner JL, Tardiff K, Lion J, et al: Resource Document on the Use of Restraint and Seclusion in Correctional Health Care. J. Amer. Acad. Psychiatry and the Law, 35:417-425, 2007.

27. Gold LH, Anfang SA, Drukteinis AM, Metzner JL, Price M, Wall BW, Wylonis L, Zonana HV: AAPL Practice Guideline for the Forensic Evaluation of Psychiatric disability. J Am Acad Psychiatry Law 36 (Suppl 4):S3–50, 2008

28. Metzner JL: Monitoring a Correctional Mental Health Care System: the Role of the Mental Health Expert. Behav. Sci. Law 27: 727–741, 2009.

29. Metzner JL, Ash P: Commentary: The Mental Status Examination in the Age of the Internet--Challenges and Opportunities. J Am Acad Psychiatry Law 38:27-31, 2010.

30. Metzner JL, Fellner J: Solitary Confinement and Mental Illness in U.S. Prisons: A Challenge for Medical Ethics. J Am Acad Psychiatry Law 38:104-108, 2010.

31. Appelbaum KL, Savageau J, Trestman RL, Metzner JL, Baillargeon, JG: A National Survey of Self Injurious Behavior in American Prisons. Psychiatric Services 62:285-290, 2011.

32. Metzner JL: Treatment for Prisoners: A U.S. Perspective. Psychiatric Services 63: 276, 2012.

33. O'Keefe ML, Klebe KJ, Metzner J, Dvoskin J, Fellner J, Stucker A: A Longitudinal Study of Administrative Segregation. J Am Acad Psychiatry Law 41:1:49-60, 2013.

34. Tamburello A, Metzner J, Fergusen E, Champion M, Ford E, Glancy G, Appelbaum K, Penn J, Burns K, Ourada J: The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections. J Am Acad Psychiatry Law 46:2: 242-243, 2018.

**Books**
1. Trestman RL, Appelbaum KL, Metzner JL (Editors): The Oxford Textbook of Correctional Psychiatry, New York: Oxford University Press, May 2015.

## Book Reviews

1. Metzner JL: A Review of The Psychopathic Mind: Origins, Dynamics, and Treatment. J. Forensic Sciences, 13: 1502-1503, Nov. 1990.

2. Metzner JL: Males at Risk: The Other Side of Child Sexual Abuse. Child Abuse & Neglect, 15:153-157, 1991.

3. Metzner JL: The Crimes Women Commit, The Punishments They Receive. Bull. Amer. Acad. Psychiatry and the Law, 19:323-324, 1991.

4. Metzner JL: When a Child Kills: Abused Children Who Kill Their Parents. JAMA, 267:3214, 1992.

5. Metzner JL: Children of Chemically Dependent Parents: Multiperspectives from the Cutting Edge. Child Abuse & Neglect, 17:566, 1993.

6. Metzner JL: Before and After Hinckley: Evaluating Insanity Defense Reform. J. Nervous and Mental Disease, 182:362-363, 1994.

7. Metzner JL: Caring For Victims. JAMA, 273: 1796-1797, 1995.

8. Metzner JL: Explorations in Criminal Psychopathology: Clinical Syndromes with Forensic Implications. Psychiatric Services, 49:393, 1998.

9. Metzner JL: Legal and Ethical Dimensions for Mental Health Professionals. Psychiatric Services, 51:1056, 2000.

10. Metzner JL: A Handbook for Correctional Psychologists: Guidance for the Prison Practitioner. J Amer. Acad. Psychiatry and the Law, 30: 328, 2002.

11. Metzner JL: Concise Guide to Psychiatry and Law for Clinicians, 3rd ed. J Clin

Psychiatry 63: 1052-1053, November 2002.

12. Metzner JL: Going up the river. Travels in a prison nation. J Forensic Psychiatry & Psychology. 14: 642-643, 2003.

**Other**

1. Metzner JL: The Adolescent Sex Offender: An Overview. The Colorado Lawyer, 16: Oct. 1987.

2. Weinstein HC, Hoover JO, Metzner JL, Shah SA, Steadman HJ: Task Force Report 29: Psychiatric Services in Jails and Prisons, American Psychiatric Association, March 1989.

3. Metzner JL: Perreira v. Colorado - A Psychiatrist's Duty to Protect Others. The Colorado Lawyer, 18: Dec. 1989.

4. Metzner JL, Tucker GH, Black DW, Felthous A, Linnoila M: Conference on Psychiatric Disorders and Commercial Drivers. Federal Highway Administration, Publ. No. FHWA-MC-91-006, Washington, DC, May 1991.

5. Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for Health Services in Jails. Chicago, IL, National Commission on Correctional Healthcare, 2003.

6. Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for Health Services in Prisons. Chicago, IL, National Commission on Correctional Healthcare, 2003.

7. Metzner, JL: Clinical Case 3. Confidentiality of Patient Records Requested by the Court. Available at: http://www.ama-assn.org/ama/pub/category/11088.html Accessed October 1, 2003.

8. Metzner JL: HIPAA: Does it cause barriers to conducting mortality reviews? Jail Suicide/Mental Health Update, 13: Summer 2004.

9. Dvoskin JA and Metzner JL: Commentary: The Physicians' Torture Report. Correctional Mental Health Reporter, 8, May/June 2006.

10. Metzner JL: Mental Health Problems of Prison and Jail Inmates. Correctional Mental Health Reporter, 8, January/February 2007.

11. Metzner JL, Tardiff K, Lion J, Reid W, Recupero PR, M.D., Schetky DH, Edenfield BM, Mattson M, Janofsky JS: The Use of Restraint and Seclusion in Correctional

Mental Health Care. Approved as a resource document by the American Psychiatric Association. December 2006.

12.    Martinez R, Metzner JL: <u>In memoriam: Robert D. Miller, M.D., Ph.D.: September 4, 1941-July 13, 2006</u>. Beh Sci Law, 25: 333-335, 2007

13.    Metzner JL: Correctional Mental Health. *Virtual Mentor*. 2007; 10(2):92-95. http://virtualmentor.ama-assn.org/2008/02/ccas3-0802.html. Accessed February 1, 2008.

14.    Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for Health Services in Jails. Chicago, IL, National Commission on Correctional Healthcare, 2008.

15.    Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for Health Services in Prisons. Chicago, IL, National Commission on Correctional Healthcare, 2008.

16.    Metzner JL: Appendix D: Mental Health Considerations for Segregated Inmates, in Standards for Mental Health Services in Correctional Facilities. Chicago, IL, National Commission on Correctional Healthcare, 2008, pp 129-131

17.    Metzner JL: Appendix E: Mental Health Considerations for Segregated Inmates, in Standards for Mental Health Services in Correctional Facilities. Chicago, IL, National Commission on Correctional Healthcare, 2014 http://www.ncchc.org/other-resources Accessed July1, 2014.

18.    Trestman RL, Champion MK, Ford E, Metzner JL, Newkirk CF, Penn JV, Pinals DA, Scott C, Stellman RE, Weinstein HC, Weinstock R, Appelbaum KL Young JL: Psychiatric Services in Correctional Facilities, Third Edition. American Psychiatric Association, June 2015.