# Exhibit N



**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Department of Administration     Phone# 401-574-8127
DIVISION OF PURCHASES     FAX # 401-574-8387

## CRITICAL EXPENSE REQUEST FORM

DATE: 12/27/2018      AGENCY DOCUMENT I.D. # _____

REQUISITION NUMBER: 3448549

**REQUESTED DOCUMENT TO CREATE**
(Please check appropriate boxes)
- Blanket Release ☐
- Change Order ☒
- Contract Release ☐
- Purchase Agreement ☐
- Standard Purchase Order ☐

**TYPE OF REQUISITION**
- Other ☒
- Arch, Eng. & Consult ☐
- Construction ☐
- Delegated Authority ☐
- Emergency ☐
- Grants ☐
- IT Purchase ☐
- Leg Grant ☐
- Legal Services ☐
- Single/Sole Source ☐

RECEIVED JAN 10 2019 RIDOC HEALTH CARE SERVICES

### DESCRIPTION OF CRITICAL REQUEST

Description of Critical Request:
Rhode Island Hosptial Department of Psychiatry PO# 3448549 contract extension utilizing the third year of four Additional years to start 01/01/2019 – 12/31/2019

Reason/Justification of Critical Need:
Approximately 25% of the inmates at the ACI are individuals with serious mental illness and 79-80% have histories Of substance abuse problems. Psychotripic medication account for one-third of the phamaeutical budget. The Positions and hours provided by the contracted psychiatriatists provide evaluation, assessment, diagnosis, and Medication management that is critical in managing the inmates/patients safely and in treating the appropriately.

CONTACT PERSON: Pauline Marcussen     PHONE NUMBER: 23880

ASSISTANT DIRECTOR: _____ SIGNATURE     DATE: 12/27/2018

AGENCY DIRECTOR: Patricia A. Coyne-Fague, Esq.
PRINTED NAME     DIRECTOR'S SIGNATURE & DATE
Director

Rev: 12/2018

DOC-007571



## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## DEPARTMENT OF CORRECTIONS
## CONTRACT AMENDMENT

This agreement with the State of Rhode Island, Department of Corrections (DOC) and **Rhode Island Hospital Department of Psychiatry, 593 Eddy Street, Providence, RI 02903** is an amendment to **Purchase Order Award 3448549 for Psychiatry Services for Jailed Inmate Population** and the original Contractual Agreement between the parties dated 12/11/15. This Amendment is an agreement to **Renew Third Year of Four Additional Years and increase lines by 2.5% by contract to Purchase Order Award 3448549** for the time period of 1/1/19 to 12/31/19, in accordance with the provisions of the original contract.
- Line 1.3 from $178.48 to $182.94 per hour
- Line 2.3 from $315.18 to $323.06 per hour
- Line 4.3 from $119.77 to 122.76
- Line 3.2 remains at $20.00 per hour

The total dollar value of this amendment will be **$615,369.00** and **Rhode Island Hospital Department of Psychiatry** will continue to provide the services outlined in RFP/LOI #7549759. All other agreement commitments will remain in effect unless further amended in writing by mutual agreement.

[If this contract or a portion of this contract is supported with federal funds, the vendor agrees to comply with all federal regulations/guidelines outlined and/or referred to in the Office of Management and Budget Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, which can be located at www.federalregister.gov.]

This agreement will be valid only upon the issuance of an official change order from the State of Rhode Island, Division of Purchases.

IN WITNESS THEREOF, the parties hereto have caused this agreement to be executed by their duly authorized representatives, within the parameters identified above.

**For the Contractor:**

By: _Margaret M. Van Bree_ (Signature of Officer or Delegated Official)    Date: 12.20.18

Name Printed or Typed: Margaret M. Van Bree, MHA, DrPH    Title: President

**For the State of Rhode Island, Department of Corrections:**

By: _[signature] for Director_    Date: 12-20-18
Patricia A. Coyne-Fague
Director

**REVIEWED BY:**

Contract Administrator: _[signature]_

REV: 02-2018

DOC-007572

| MS-35 (rev. 01-2014) | | | | Ct Shop Order #: | |
|---|---|---|---|---|---|
| **DEPARTMENT OF CORRECTIONS ~ INTERNAL REQUISITION** | | | | Maint. Tracking #: | |
| QTY | DESCRIPTION | Amount | Total Amt | | REFERENCE / MPA# CATALOGUE #, etc. |
| | On-site Psyhiatry Services PO# 3445849 | | | | |
| | Rhode Island Hosptial Department of Psychiatry | Optioin 3 | $615,369.00 | | |
| | third optioin renewal of 4 additional years | | | | |
| | to start 01/01/2019 through 12/31/2019 | | | | |
| | ~~Shipping~~ | | | | |
| | | | $615,369.00 | | |
| Suggested VENDOR: | Rhode Island Hospital Dept of Psychiatry | Quotes (over $500) unless MPA Item | | Vendor 2 | Vendor 3 |
| Address: | 593 Eddy Street | Company | | | |
| | Providence, RI 02903 | Price | | | |
| Safety Data Sheet (SDS) Required | Yes / N/A | Contact Person: | Date | | |
| Minority Business Enterprise? | Yes / No | Tel# | Fax# | Person Contacted | |
| CHARGE TO (UNIT): | Mental Health | | DATE: 11/1/2018 | Req/PO#: | 3448549 |
| CHARGE TO (ACCT #): | 3127106.01 | | DELIVER TO (Person): Pauline Marcussen | | |
| Requested by: | Pauline Marcussen | Tel#: 23880 | At (Location): Dix Building 1st floor Health Care Services | | |
| I certify that the item(s) requested are absolutely essential, and the unit is making full use of available inventories. | | | AUTHORIZED SIGNATURE(S) & DATE SIGNED: *[signatures]* 12/27/18 | | |

ROUTING: Unit Manager, Assistant Director, Financial Resources.

EXCEPTION: Original MS-35 must be sent to Correctional Industries to obtain pricing & shop order #. Faxed copies will NOT be accepted.