# Exhibit O



**RHODE ISLAND DEPARTMENT OF CORRECTIONS**
*Planning & Research Unit*
40 Howard Avenue
Cranston, RI 02920
Phone: (401) 462-2611 Fax: (401) 462-2630

# Restrictive Housing at RIDOC March, 2019

At the Rhode Island Department of Corrections (RIDOC) electronic data is currently maintained for restrictive housing inmates who are either classified to Administrative Confinement or sanctioned to Disciplinary Confinement.

To avoid over reporting by double counting inmates, data included in this report reflects an inmates "most serious" housing assignment. Therefore, if an inmate is classified to administrative confinement but also serving a sanction of disciplinary confinement time, the inmate will be counted as an administrative confinement inmate. However, where the data contained in this report lists infractions that resulted in disciplinary confinement, all inmates serving a sanction of disciplinary confinement are reported as well as all sanctions. This may result in more infractions to report than individual inmates serving a sanction of disciplinary confinement time.

The below data tables represents RIDOC's restrictive housing population on March 31, 2019.

## On March 31, 2019, 99 inmates were held in restrictive housing at RIDOC.



Restrictive Housing Inmate Population on 03-31-19
- Administrative Confinement (n=46) — 46%
- Disciplinary Confinement (n=53) — 54%

The majority of inmates classified to administrative confinement are housed at the High Security Center.

As of March 31, 2019 there were was one woman being held in disciplinary confinement and none classified to administrative confinement.



## Percentage of population in restrictive housing

As of March 31, 2019, restrictive housing inmates represent less than 4% of the total inmate population at RIDOC.

**Restrictive Housing Inmate Population and Total Inmate Population as of 3-31-19**

|  |  | Inmate Population | Most Serious Confinement Type | | Total Restrictive Housing |
|---|---|---|---|---|---|
|  |  |  | Administrative Confinement | Disciplinary Confinement |  |
| SECURITY | High Security | 92 | 41 (44.6%) | 5 (5.4%) | 46 (50%) |
|  | Intake Service Center | 890 | 0 | 18 (2.0%) | 18 (2.0%) |
|  | Maximum Security | 386 | 5 (1.29%) | 17 (4.4%) | 22 (5.7%) |
|  | Medium Security | 927 | 0 | 12 (1.3%) | 12 (1.3%) |
|  | Women's Facility | 163 | 0 | 1 (0.6%) | 1 (0.6%) |
| Total Population |  | 2677* | 46 (1.72%) | 53 (2.0%) | 99 (3.7%) |

*__Total population__ includes all RIDOC inmate facilities (Minimum Security (n=219) is not listed here as restrictive housing inmates are not housed at Minimum Security)
April 8, 2019
Page 2 of 6
DOC-001576

## Length of stay (LOS) for inmates in restrictive housing

Inmates LOS reflects the current amount of time they have consecutively served in restrictive housing through March 31, 2019 across all discipline sanctions and, if applicable, their classification to administrative confinement.

As administrative confinement is a classification and not a sanction, inmates in this status tend to stay longer than those sanctioned to disciplinary confinement.





DOC-001577

## Length of time inmates have been held in restrictive housing

In these tables, the mean, median, mode, minimum and maximum number of days stayed as March 31, 2019 are reported.

The **mean** is the average of all observed values (number of days in confinement). It can be skewed by very small or very large values (outliers).

The **median** is the values that falls in the middle of all observed values and is not influenced by outliers; it is truly the middle of the dataset.

The **mode** is the value that occurred most often.

The **minimum** is the least number of days stayed and the **maximum** is the greatest number of days stayed. Providing the minimum and the maximum values illustrates the range of values.

| Administrative Confinement (n=46) | # of days in Confinement |
|---|---|
| Mean | 179 |
| Median | 110 |
| Mode | 12 |
| Minimum | 5 |
| Maximum | 642 |

| Disciplinary Confinement (n=53) | # of days in Confinement |
|---|---|
| Mean | 37 |
| Median | 17 |
| Mode | 4 |
| Minimum | 1 |
| Maximum | 344 |

## Current Length of Stay in Confinement by Facility and Confinement Type

| High Security | Current Length of Stay | Number of Inmates | Percent |
|---|---|---|---|
| **Administrative Confinement** | up to 15 days | 2 | 4.9 |
| | 15-30 days | 4 | 9.8 |
| | 30-60 days | 3 | 7.3 |
| | 60-90 days | 6 | 14.6 |
| | 90-120 days | 5 | 12.2 |
| | 120-364 days | 14 | 34.1 |
| | 1 year or more | 7 | 17.1 |
| | Total | 41 | 100.0 |
| **Disciplinary Confinement** | Up to 15 days | 2 | 10.0 |
| | 15-30 days | 2 | 40.0 |
| | 120-364 days | 1 | 20.0 |
| | Total | 5 | 100.0 |

DOC-001578

| Intake Service Center | | Current Length of Stay | Number of Inmates | Percent |
|---|---|---|---|---|
| | Administrative Confinement | | 0 | 0.0 |
| | Disciplinary Confinement | up to 15 days | 3 | 16.7 |
| | | 15-30 days | 13 | 72.2 |
| | | 30-60 days | 1 | 5.6 |
| | | 120-364 days | 1 | 5.6 |
| | | Total | 18 | 100.0 |

| Maximum Security | | Current Length of Stay | Number of Inmates | Percent |
|---|---|---|---|---|
| | Administrative Confinement | up to 15 days | 1 | 20.0 |
| | | 15-30 days | 2 | 40.0 |
| | | 30-60 days | 1 | 20.0 |
| | | 60-90 days | 1 | 20.0 |
| | | Total | 5 | 100.0 |
| | Disciplinary Confinement | up to 15 days | 7 | 41.2 |
| | | 15-30 days | 7 | 41.2 |
| | | 90-120 days | 1 | 5.9 |
| | | 120-364 days | 2 | 11.8 |
| | | Total | 17 | 100.0 |

| Medium Security | | Current Length of Stay | Number of Inmates | Percent |
|---|---|---|---|---|
| | Administrative Confinement | | 0 | |
| | Disciplinary Confinement | up to 15 days | 11 | 91.7 |
| | | 30-60 days | 1 | 8.3 |
| | | Total | 12 | 100.0 |

DOC-001579

| Women's Facility | Current Length of Stay | Number of Inmates | Percent |
|---|---|---|---|
| Administrative Confinement | | 0 | |
| Disciplinary Confinement | up to 15 days | 1 | 100.0 |
| | Total | 1 | 100.0 |

# Infractions resulting in disciplinary confinement sanctions

Consistent with RIDOC policy, the data below shows that the longest terms of disciplinary confinement are reserved for the most serious infractions. On March 31, 2019, terms of disciplinary confinement of more than 30 days were only issued for violent infractions.

| | | Sanction Length categories | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | up to 15 days | 15-30 days | 30-60 days | 60-90 days | 90-120 days | 120-364 days | 1 year or more | |
| Infraction Category | CONTRABAND | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 4 |
| | DISOBEDIENCE | 4 | 7 | 0 | 0 | 0 | 0 | 0 | 11 |
| | SEXUAL | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| | SUBSTANCE ABUSE | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| | SUBSTANCE POSSESSION | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 8 |
| | VIOLENCE | 5 | 16 | 4 | 2 | 0 | 2 | 8 | 37 |
| Total Infractions | | 10 | 36 | 4 | 2 | 0 | 2 | 8 | 62 |

DOC-001580