# Exhibit P

National Institutes of Health / U.S. National Library of Medicine





## COVID-19 Information



Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Olanzapine

URL of this page: https://medlineplus.gov/druginfo/meds/a601213.html

# Olanzapine
pronounced as (oh lan' za peen)

### IMPORTANT WARNING:

Studies have shown that older adults with dementia (a brain disorder that affects the ability to remember, think clearly, communicate, and perform daily activities and that may cause changes in mood and personality) who take antipsychotics (medications for mental illness) such as olanzapine have an increased chance of death during treatment. Older adults with dementia may also have a greater chance of having a stroke or mini-stroke during treatment.

Olanzapine is not approved by the Food and Drug Administration (FDA) for the treatment of behavior disorders in older adults with dementia. Talk to the doctor who prescribed this medication if you, a family member, or someone you care for has dementia and is taking olanzapine. For more information visit the FDA website: http://www.fda.gov/Drugs [http://www.fda.gov/Drugs]

## Why is this medication prescribed?

Olanzapine is used to treat the symptoms of schizophrenia (a mental illness that causes disturbed or unusual thinking, loss of interest in life, and strong or inappropriate emotions) in adults and teenagers 13 years of age and older. It is also used to treat bipolar disorder (manic depressive disorder; a disease that causes episodes of depression, episodes of mania, and other abnormal moods) in adults and teenagers 13 years of age and older. Olanzapine is in a class of medications called atypical antipsychotics. It works by changing the activity of certain natural substances in the brain.

## How should this medicine be used?

National Institutes of Health / U.S. National Library of Medicine





## COVID-19 Information



Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Risperidone

URL of this page: https://medlineplus.gov/druginfo/meds/a694015.html

# Risperidone
pronounced as (ris per' i done)

## IMPORTANT WARNING:

Studies have shown that older adults with dementia (a brain disorder that affects the ability to remember, think clearly, communicate, and perform daily activities and that may cause changes in mood and personality) who take antipsychotics (medications for mental illness) such as risperidone have an increased risk of death during treatment. Older adults with dementia may also have a greater chance of having a stroke or ministroke during treatment. Tell your doctor and pharmacist if you are taking furosemide (Lasix).

Risperidone is not approved by the Food and Drug Administration (FDA) for the treatment of behavior problems in older adults with dementia. Talk to the doctor who prescribed this medication if you, a family member, or someone you care for has dementia and is taking risperidone. For more information visit the FDA website: http://www.fda.gov/Drugs [http://www.fda.gov/Drugs]

## Why is this medication prescribed?

Risperidone is used to treat the symptoms of schizophrenia (a mental illness that causes disturbed or unusual thinking, loss of interest in life, and strong or inappropriate emotions) in adults and teenagers 13 years of age and older. It is also used to treat episodes of mania (frenzied, abnormally excited, or irritated mood) or mixed episodes (symptoms of mania and depression that happen together) in adults and in teenagers and children 10 years of age and older with bipolar disorder (manic depressive disorder; a disease that causes episodes of depression, episodes of mania, and other abnormal moods). Risperidone is also used to treat behavior problems such as aggression, self-injury, and sudden mood changes in

teenagers and children 5 to 16 years of age who have autism (a condition that causes repetitive behavior, difficulty interacting with others, and problems with communication). Risperidone is in a class of medications called atypical antipsychotics. It works by changing the activity of certain natural substances in the brain.

## How should this medicine be used?

Risperidone comes as a tablet, a solution (liquid), and an orally disintegrating tablet (tablet that dissolves quickly in the mouth) to take by mouth. It is usually taken once or twice a day with or without food. Take risperidone at around the same time(s) every day. Follow the directions on your prescription label carefully, and ask your doctor or pharmacist to explain any part you do not understand. Take risperidone exactly as directed. Do not take more or less of it or take it more often than prescribed by your doctor.

Use the dropper provided to measure your dose of risperidone oral solution. You can take the oral solution with water, orange juice, coffee, or low-fat milk. Do not take the solution with tea or cola.

Do not try to push the orally disintegrating tablet through the foil. Instead, use dry hands to peel back the foil packaging. Immediately take out the tablet and place it on your tongue. The tablet will quickly dissolve and can be swallowed with or without liquid. Do not chew or crush the tablet.

Your doctor will probably start you on a low dose of risperidone and gradually increase your dose to allow your body to adjust to the medication.

Risperidone may help control your symptoms but will not cure your condition. It may take several weeks or longer before you feel the full benefit of risperidone. Continue to take risperidone even if you feel well. Do not stop taking risperidone without talking to your doctor. If you suddenly stop taking risperidone, your symptoms may return and your illness may become harder to treat.

## Other uses for this medicine

This medication may be prescribed for other uses; ask your doctor or pharmacist for more information.

## What special precautions should I follow?

**Before taking risperidone,**

- tell your doctor and pharmacist if you are allergic to risperidone or any other medications.

- tell your doctor and pharmacist what prescription and nonprescription medications, vitamins, nutritional supplements and herbal products you are taking or plan to take. Be sure to mention any of the following: antidepressants; carbamazepine (Tegretol); cimetidine (Tagamet); clozapine (Clozaril); dopamine agonists such as bromocriptine (Parlodel), cabergoline (Dostinex), levodopa (Dopar, Larodopa), pergolide (Permax), and ropinirole (Requip); medications for anxiety, high blood pressure, or seizures; other medications for mental illness; paroxetine (Paxil); phenobarbital (Luminal, Solfoton); phenytoin (Dilantin); quinidine (Quinaglute, Quinidex); ranitidine (Zantac); rifampin (Rifadin, Rimactane); sedatives; sleeping pills; tranquilizers; and valproic acid (Depakote, Depakene). Your doctor may need to change the doses of your medications or monitor you carefully for side effects.

National Institutes of Health / U.S. National Library of Medicine





## COVID-19 Information



Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Aripiprazole

URL of this page: https://medlineplus.gov/druginfo/meds/a603012.html

# Aripiprazole
pronounced as (ay ri pip' ray zole)

## IMPORTANT WARNING:

Important warning for older adults with dementia:

Studies have shown that older adults with dementia (a brain disorder that affects the ability to remember, think clearly, communicate, and perform daily activities and that may cause changes in mood and personality) who take antipsychotics (medications for mental illness) such as aripiprazole have an increased chance of death during treatment. Older adults with dementia may also have a greater chance of having a stroke or ministroke or other severe side effects during treatment.

Aripiprazole is not approved by the Food and Drug Administration (FDA) for the treatment of behavior problems in older adults with dementia. Talk to the doctor who prescribed this medication if you, a family member, or someone you care for has dementia and is taking aripiprazole. For more information visit the FDA website: http://www.fda.gov/Drugs [http://www.fda.gov/Drugs] .

Important warning for people who have depression:

A small number of children, teenagers, and young adults (up to 24 years of age) who took medications for depression during clinical studies became suicidal (thinking about harming or killing oneself or planning or trying to do so). Children, teenagers, and young adults who take antidepressants to treat depression or other mental illnesses may be more likely to become suicidal than children, teenagers, and young adults who do not take antidepressants to treat these conditions. However, experts are not sure about how great this risk is and how much it should be considered in deciding whether a child or teenager should take an antidepressant. Children younger than 18 years of age should not normally

take aripiprazole to treat depression, but in some cases, a doctor may decide that aripiprazole is the best medication to treat a child's condition.

You should know that your mental health may change in unexpected ways when you take aripiprazole or other antidepressants even if you are an adult over age 24. You may become suicidal, especially at the beginning of your treatment and any time that your dose is increased or decreased. You, your family, or your caregiver should call your doctor right away if you experience any of the following symptoms: new or worsening depression; thinking about harming or killing yourself, or planning or trying to do so; extreme worry; agitation; panic attacks; difficulty falling asleep or staying asleep; aggressive behavior; irritability; acting without thinking; severe restlessness; and mania (frenzied, abnormally excited mood). Be sure that your family or caregiver knows which symptoms may be serious so they can call the doctor if you are unable to seek treatment on your own.

Your healthcare provider will want to see you often while you are taking aripiprazole, especially at the beginning of your treatment. Be sure to keep all appointments for office visits with your doctor.

The doctor or pharmacist will give you the manufacturer's patient information sheet (Medication Guide) when you begin treatment with aripiprazole. Read the information carefully and ask your doctor or pharmacist if you have any questions. You also can obtain the Medication Guide from the FDA website: http://www.fda.gov/Drugs/DrugSafety/ucm085729.htm [http://www.fda.gov/Drugs/DrugSafety/ucm085729.htm] .

No matter what your age, before you take an antidepressant, you, your parent, or your caregiver should talk to your doctor about the risks and benefits of treating your condition with an antidepressant or with other treatments. You should also talk about the risks and benefits of not treating your condition. You should know that having depression or another mental illness greatly increases the risk that you will become suicidal. This risk is higher if you or anyone in your family has or has ever had bipolar disorder (mood that changes from depressed to abnormally excited) or mania or has thought about or attempted suicide. Talk to your doctor about your condition, symptoms, and personal and family medical history. You and your doctor will decide what type of treatment is right for you.

## Why is this medication prescribed?

Aripiprazole is used to treat the symptoms of schizophrenia (a mental illness that causes disturbed or unusual thinking, loss of interest in life, and strong or inappropriate emotions) in adults and teenagers 13 years of age and older. It is also used alone or with other medications to treat episodes of mania or mixed episodes (symptoms of mania and depression that happen together) in adults, teenagers, and children 10 years of age and older with bipolar disorder (manic-depressive disorder; a disease that causes episodes of depression, episodes of mania, and other abnormal moods). Aripiprazole is also used with an antidepressant to treat depression when symptoms cannot be controlled by the antidepressant alone. Aripiprazole is also used to treat children 6 to 17 years of age who have autistic disorder (a developmental problem that causes difficulty communicating and interacting with others). Aripiprazole may help control irritable behavior such as aggression, temper tantrums, and frequent mood changes in these children.

Aripiprazole is also used to treat children 6 to 18 years of age who have Tourette's disorder (a condition characterized by the need to perform repeated motions or to repeat sounds or words). Aripiprazole is in a class of medications called atypical antipsychotics. It works by changing the activity of certain natural substances in the brain.

## How should this medicine be used?

Aripiprazole comes as a tablet, a solution (liquid), an orally disintegrating tablet (tablet that dissolves quickly in the mouth) to take by mouth. It is usually taken once a day with or without food. Apriprazole also comes as a tablet that contains a sensor device to take by mouth to be used in adults to provide information about how the medication is taken. Take aripiprazole at around the same time every day. Follow the directions on your prescription label carefully, and ask your doctor or pharmacist to explain any part you do not understand. Take aripiprazole exactly as directed. Do not take more or less of it or take it more often than prescribed by your doctor.

Do not try to push the orally disintegrating tablet through the foil. Instead, use dry hands to peel back the foil packaging. Immediately take out the tablet and place the entire tablet on your tongue. Do not try to split the tablet. The tablet will quickly dissolve and can be swallowed without liquid. If necessary, liquid can be used to take the orally disintegrating tablet.

Swallow the tablets and the tablet with a sensor whole; do not divide, crush, or chew.

The tablets that contain a small sensor come with a patch (a wearable sensor) that detects a signal from the tablet and a smartphone application (app) to display information about how you are taking the medication. The app must be downloaded onto your smartphone before you start the medication. Apply your patch to the left side of the body above the lower edge of the rib cage only when prompted by the smartphone app instructions. Do not place the patch in areas where the skin is scraped, cracked, inflamed, or irritated or in a location that overlaps the area of the most recently removed patch. Change the patch weekly or sooner, if needed. The app reminds you to change the patch and explains how to apply and remove the patch correctly. Keep the patch on when showering, swimming, or exercising. If undergoing a magnetic resonance imaging (MRI; a medical test that uses powerful magnets to take pictures of the inside of the body), remove the patch and replace it with a new one as soon as possible. If the patch causes skin irritation, remove it and tell your doctor. After you take the medication, the tablets can be detected in the body by the app within 30 minutes to 2 hours. If the tablet is not detected after ingestion, do not take another dose. Talk to your doctor if you have any questions about how to take the tablets and use the patch or smartphone app.

Your doctor may start you on a low dose of aripiprazole and gradually increase or decrease your dose depending on how well the medication works for you and the side effects you experience.

Aripiprazole may help control your symptoms but will not cure your condition. It may take 2 weeks or longer before you feel the full benefit of aripiprazole. Continue to take aripiprazole even if you feel well. Do not stop taking aripiprazole without talking to your doctor.

## Other uses for this medicine

National Institutes of Health / U.S. National Library of Medicine





## COVID-19 Information



Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Haloperidol

URL of this page: https://medlineplus.gov/druginfo/meds/a682180.html

# Haloperidol
pronounced as (ha loe per' i dole)

### IMPORTANT WARNING:

Studies have shown that older adults with dementia (a brain disorder that affects the ability to remember, think clearly, communicate, and perform daily activities and that may cause changes in mood and personality) who take antipsychotics (medications for mental illness) such as haloperidol have an increased chance of death during treatment.

Haloperidol is not approved by the Food and Drug Administration (FDA) for the treatment of behavior problems in older adults with dementia. Talk to the doctor who prescribed this medication if you, a family member, or someone you care for has dementia and is taking haloperidol. For more information, visit the FDA website: http://www.fda.gov/Drugs [http://www.fda.gov/Drugs]

## Why is this medication prescribed?

Haloperidol is used to treat psychotic disorders (conditions that cause difficulty telling the difference between things or ideas that are real and things or ideas that are not real). Haloperidol is also used to control motor tics (uncontrollable need to repeat certain body movements) and verbal tics (uncontrollable need to repeat sounds or words) in adults and children who have Tourette's disorder (condition characterized by motor or verbal tics). Haloperidol is also used to treat severe behavioral problems such as explosive, aggressive behavior or hyperactivity in children who cannot be treated with psychotherapy or with other medications. Haloperidol is in a group of medications called conventional antipsychotics. It works by decreasing abnormal excitement in the brain.

## How should this medicine be used?

**National Institutes of Health /  U.S. National Library of Medicine**





## COVID-19 Information



Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Chlorpromazine

URL of this page: https://medlineplus.gov/druginfo/meds/a682040.html

# Chlorpromazine
pronounced as (klor proe' ma zeen)

## IMPORTANT WARNING:

Studies have shown that older adults with dementia (a brain disorder that affects the ability to remember, think clearly, communicate, and perform daily activities and that may cause changes in mood and personality) who take antipsychotics (medications for mental illness) such as chlorpromazine have an increased chance of death during treatment.

Chlorpromazine is not approved by the Food and Drug Administration (FDA) for the treatment of behavior problems in older adults with dementia. Talk to the doctor who prescribed this medication if you, a family member, or someone you care for has dementia and is taking chlorpromazine. For more information, visit the FDA website: http://www.fda.gov/Drugs/DrugSafety/ucm085729.htm [http://www.fda.gov/Drugs/DrugSafety/ucm085729.htm]

## Why is this medication prescribed?

Chlorpromazine is used to treat the symptoms of schizophrenia (a mental illness that causes disturbed or unusual thinking, loss of interest in life, and strong or inappropriate emotions) and other psychotic disorders (conditions that cause difficulty telling the difference between things or ideas that are real and things or ideas that are not real) and to treat the symptoms of mania (frenzied, abnormally excited mood) in people who have bipolar disorder (manic depressive disorder; a condition that causes episodes of mania, episodes of depression, and other abnormal moods). Chlorpromazine is also used to treat severe behavior problems such as explosive, aggressive behavior and hyperactivity in children 1 to 12 years of age. Chlorpromazine is also used to control nausea and vomiting, to relieve hiccups that have lasted one month

or longer, and to relieve restlessness and nervousness that may occur just before surgery. Chlorpromazine is also used to treat acute intermittent porphyria (condition in which certain natural substances build up in the body and cause stomach pain, changes in thinking and behavior, and other symptoms). Chlorpromazine is also used along with other medications to treat tetanus (a serious infection that may cause tightening of the muscles, especially the jaw muscle). Chlorpromazine is in a class of medications called conventional antipsychotics. It works by changing the activity of certain natural substances in the brain and other parts of the body.

## How should this medicine be used?

Chlorpromazine comes as a tablet to take by mouth. Chlorpromazine is usually taken two to four times a day. When chlorpromazine is used to control nausea and vomiting, it is usually taken every 4-6 hours as needed. When chlorpromazine is used to relieve nervousness before surgery, it is usually taken 2-3 hours before surgery. When chlorpromazine is used to relieve hiccups, it is usually taken 3-4 times a day for up to 3 days or until the hiccups stop. If the hiccups do not stop after 3 days of treatment, a different medication should be used. If you are taking chlorpromazine on a regular schedule, take it at around the same times every day. Follow the directions on your prescription label carefully, and ask your doctor or pharmacist to explain any part you do not understand. Take chlorpromazine exactly as directed. Do not take more or less of it or take it more often than prescribed by your doctor.

Your doctor may start you on a low dose of chlorpromazine and gradually increase your dose. Your doctor may decrease your dose once your condition is controlled. Be sure to tell your doctor how you are feeling during your treatment with chlorpromazine.

If you are taking chlorpromazine to treat schizophrenia or another psychotic disorder, chlorpromazine may control your symptoms but will not cure your condition. Continue to take chlorpromazine even if you feel well. Do not stop taking chlorpromazine without talking to your doctor. Your doctor will probably decrease your dose gradually. If you suddenly stop taking chlorpromazine, you may experience withdrawal symptoms, such as nausea, vomiting, stomach pain, dizziness, and shakiness.

## Other uses for this medicine

This medication may be prescribed for other uses; talk to your doctor or pharmacist for more information.

## What special precautions should I follow?

### Before taking chlorpromazine,

- tell your doctor and pharmacist if you are allergic to chlorpromazine; other phenothiazines such as fluphenazine, perphenazine, prochlorperazine (Compazine), promethazine (Phenergan), thioridazine, and trifluoperazine; or any other medications.
- tell your doctor and pharmacist what prescription and nonprescription medications, vitamins, nutritional supplements, and herbal products you are taking or plan to take. Be sure to mention any of the following: anticoagulants (blood thinners) such as warfarin (Coumadin); antidepressants; antihistamines; atropine (in Motofen, in Lomotil, in Lonox); barbiturates such as pentobarbital (Nembutal), phenobarbital (Luminal), and secobarbital (Seconal); cancer chemotherapy; diuretics (water

National Institutes of Health / U.S. National Library of Medicine





**COVID-19 Information**



Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Paliperidone Injection

URL of this page: https://medlineplus.gov/druginfo/meds/a615032.html

# Paliperidone Injection
pronounced as (pal" ee per' i done)

## IMPORTANT WARNING:

Studies have shown that older adults with dementia (a brain disorder that affects the ability to remember, think clearly, communicate, and perform daily activities and that may cause changes in mood and personality) who take antipsychotics (medications for mental illness) such as paliperidone have an increased chance of death during treatment. Older adults with dementia may also have a greater chance of having a stroke or ministroke during treatment.

Paliperidone extended-release (long-acting) injection is not approved by the Food and Drug Administration (FDA) for the treatment of behavior disorders in older adults with dementia. Talk to the doctor who prescribed this medication if you, a family member, or someone you care for has dementia and is being treated with paliperidone extended-release injection. For more information visit the FDA website: http://www.fda.gov/Drugs.

Talk to your doctor about the risks of receiving paliperidone extended-release injection.

## Why is this medication prescribed?

Paliperidone extended-release injections (Invega Sustenna, Invega Trinza) are used to treat schizophrenia (a mental illness that causes disturbed or unusual thinking, loss of interest in life, and strong or inappropriate emotions). Paliperidone extended-release injection (Invega Sustenna) is also used alone or with other medications to treat schizoaffective disorder (a mental illness that causes both a loss of contact with reality and mood problems [depression or mania]). Paliperidone extended-release injection is in a

class of medications called atypical antipsychotics. It works by changing the activity of certain natural substances in the brain.

## How should this medicine be used?

Paliperidone extended-release injections come as a suspension (liquid) to be injected into a muscle by a healthcare provider. After you receive your first dose of paliperidone extended-release injection (Invega® Sustenna), you will receive a second dose usually 1 week after the first dose and then again every month. If you have received at least 4 months of treatment with paliperidone extended-release injection (Invega Sustenna), your doctor may switch you to paliperidone extended-release injection (Invega Trinza). Paliperidone extended-release injection (Invega Trinza) is usually injected into a muscle by a healthcare provider once every 3 months.

Paliperidone extended-release injection may help control your symptoms but will not cure your condition. Continue to keep appointments to receive paliperidone extended-release injection even if you feel well. Talk to your doctor if you do not feel like you are getting better during your treatment with paliperidone extended-release injection.

## Other uses for this medicine

This medication may be prescribed for other uses; ask your doctor or pharmacist for more information.

## What special precautions should I follow?

### Before receiving paliperidone extended-release injection,

- tell your doctor and pharmacist if you are allergic to paliperidone, risperidone (Risperdal, Risperdal Consta), any other medications, or any of the ingredients in paliperidone extended-release injection. Ask your pharmacist for a list of the ingredients.
- tell your doctor and pharmacist what other prescription and nonprescription medications, vitamins, nutritional supplements, and herbal products you are taking or plan to take. Be sure to mention any of the following: other antipsychotic medications such as chlorpromazine, risperidone (Risperdal, Risperdal Consta), and thioridazine; medications for blood pressure; carbamazepine; diuretics ('water pills'); dopamine agonists such as bromocriptine (Cycloset, Parlodel), cabergoline, levodopa and carbidopa (Duopa, Rytary, Sinemet, others), pramipexole (Mirapex), ropinirole (Requip), and rotigotine (Neupro); fluoroquinolone antibiotics such as gatifloxacin (Zymar, Zymaxid) and moxifloxacin (Avelox); medications for irregular heartbeat such as amiodarone (Cordarone, Nexterone, Pacerone), procainamide, quinidine (in Nuedexta); rifampin; and sotalol (Betapace, Sorine). Your doctor may need to change the doses of your medications or monitor you carefully for side effects.
- tell your doctor what herbal products you are taking, especially St. John's wort.
- tell your doctor if you have a low level of potassium or magnesium in your blood, a low number of white blood cells, or if any other medication has ever caused a decrease in your white blood cells. Also tell your doctor if you have or have ever had seizures, a stroke, a ministroke, a heart attack, heart failure, an irregular heartbeat, long QT syndrome (condition that increases the risk of developing an irregular heartbeat that may cause fainting or sudden death), uncontrolled movements of your tongue, face, mouth, or jaw, trouble keeping your balance, Parkinson's disease (PD; a disorder of the nervous system

National Institutes of Health / U.S. National Library of Medicine





**COVID-19 Information** x

Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Lamotrigine

URL of this page: https://medlineplus.gov/druginfo/meds/a695007.html

# Lamotrigine
pronounced as (la moe' tri jeen)

## Notice:

[Posted 03/31/2021]

**TOPIC:** Studies show increased risk of heart rhythm problems with seizure and mental health medicine lamotrigine (Lamictal) in patients with heart disease

**AUDIENCE:** Patient, Health Professional, Pharmacy

**ISSUE**: A U.S. Food and Drug Administration (FDA) review of study findings showed a potential increased risk of heart rhythm problems, called arrhythmias, in patients with heart disease who are taking the seizure and mental health medicine lamotrigine (Lamictal). We want to evaluate whether other medicines in the same drug class have similar effects on the heart and are requiring safety studies on those also. We will update the public when additional information from these studies becomes available. FDA required these studies, called in vitro studies, to further investigate Lamictal's effects on the heart after we received reports of abnormal electrocardiographic (ECG) findings and some other serious problems. In some cases, problems including chest pain, loss of consciousness, and cardiac arrest occurred. In vitro studies are studies done in test tubes or petri dishes and not in people or animals. We first added information about this risk to the lamotrigine prescribing information and Medication Guides in October 2020, which we have updated.

**BACKGROUND:** Lamotrigine is used alone or with other medicines to treat seizures in patients 2 years and older. It may also be used as maintenance treatment in patients with the mental health condition bipolar disorder to help delay the occurrence of mood episodes such as depression, mania,

or hypomania. Lamotrigine has been approved and on the market for more than 25 years and is available under the brand name Lamictal and as generics.

**RECOMMENDATION**:

*Health Care Professionals*

- Assess whether the potential benefits of lamotrigine outweigh the potential risk of arrhythmias for each patient.

- Laboratory testing performed at therapeutically relevant concentrations has shown that lamotrigine can increase the risk of serious arrhythmias, which can be life-threatening in patients with clinically important structural or functional heart disorders. Clinically important structural and functional heart disorders include heart failure, valvular heart disease, congenital heart disease, conduction system disease, ventricular arrhythmias, cardiac channelopathies such as Brugada syndrome, clinically important ischemic heart disease, or multiple risk factors for coronary artery disease.

- The risk of arrhythmias may increase further if used in combination with other medicines that block sodium channels in the heart. Other sodium channel blockers approved for epilepsy, bipolar disorder, and other indications should not be considered safer alternatives to lamotrigine in the absence of additional information.

*Patients, Parents, and Caregivers*

- Do not stop taking your medicine without first talking to your prescriber because stopping lamotrigine can lead to uncontrolled seizures, or new or worsening mental health problems.

- Contact your health care professional right away or go to an emergency room if you experience an abnormal heart rate or irregular rhythm, or symptoms such as a racing heartbeat, skipped or slow heartbeat, shortness of breath, dizziness, or fainting.

For more information visit the FDA website at: http://www.fda.gov/Safety/MedWatch/SafetyInformation [http://www.fda.gov/Safety/MedWatch/SafetyInformation] and http://www.fda.gov/Drugs/DrugSafety [http://www.fda.gov/Drugs/DrugSafety] .

# IMPORTANT WARNING:

Lamotrigine may cause rashes, including serious rashes that may need to be treated in a hospital or cause permanent disability or death. Tell your doctor if you are taking valproic acid (Depakene) or divalproex (Depakote) because taking these medications with lamotrigine may increase your risk of developing a serious rash. Also tell your doctor if you have ever developed a rash after taking lamotrigine or any other medication for epilepsy or if you are allergic to any medications for epilepsy.

Your doctor will start you on low dose of lamotrigine and gradually increase your dose, not more than once every 1 to 2 weeks. You may be more likely to develop a serious rash if you take a higher starting dose or increase your dose faster than your doctor tells you that you should. Your first doses

of medication may be packaged in a starter kit that will clearly show you the right amount of medication to take each day during the first 5 weeks of your treatment. This will help you to follow your doctor's instructions as your dose is slowly increased. Be sure to take lamotrigine exactly as directed. Do not take more or less of it or take it more often than prescribed by your doctor.

Serious rashes usually develop during the first 2 to 8 weeks of treatment with lamotrigine, but can develop at any time during treatment. If you develop any of the following symptoms while you are taking lamotrigine, call your doctor immediately: rash; blistering or peeling of the skin; hives; itching; or painful sores in your mouth or around your eyes.

Talk to your doctor about the risks of taking lamotrigine or of giving lamotrigine to your child. Children 2-17 years of age who take lamotrigine are more likely to develop serious rashes than adults who take the medication.

Your doctor or pharmacist will give you the manufacturer's patient information sheet (Medication Guide) when you begin treatment with lamotrigine and each time you refill your prescription. Read the information carefully and ask your doctor or pharmacist if you have any questions. You can also visit the Food and Drug Administration (FDA) website (http://www.fda.gov/Drugs/DrugSafety/ucm085729.htm [http://www.fda.gov/Drugs/DrugSafety/ucm085729.htm] ) or the manufacturer's website to obtain the Medication Guide.

## Why is this medication prescribed?

Lamotrigine extended-release (long-acting) tablets are used with other medications to treat certain types of seizures in patients who have epilepsy. All types of lamotrigine tablets (tablets, orally disintegrating tablets, and chewable tablets) other than the extended-release tablets are used alone or with other medications to treat seizures in people who have epilepsy or Lennox-Gastaut syndrome (a disorder that causes seizures and often causes developmental delays). All types of lamotrigine tablets other than the extended-release tablets are also used to increase the time between episodes of depression, mania (frenzied or abnormally excited mood), and other abnormal moods in patients with bipolar I disorder (manic-depressive disorder; a disease that causes episodes of depression, episodes of mania, and other abnormal moods). Lamotrigine has not been shown to be effective when people experience the actual episodes of depression or mania, so other medications must be used to help people recover from these episodes. Lamotrigine is in a class of medications called anticonvulsants. It works by decreasing abnormal electrical activity in the brain.

## How should this medicine be used?

Lamotrigine comes as a tablet, an extended-release tablet, an orally disintegrating tablet (dissolves in the mouth and can be swallowed without water), and a chewable dispersible (can be chewed or dissolved in liquid) tablet to take by mouth with or without food. The extended-release tablets are taken once a day. The tablets, orally disintegrating tablets, and chewable dispersible tablets are usually taken once or twice a day,

National Institutes of Health / U.S. National Library of Medicine



|  | **COVID-19 Information**  Get the latest public health information from CDC  Get the latest research information from NIH | Español  Learn more about COVID-19 and you from HHS |  |

Home → Drugs, Herbs and Supplements → Fluphenazine

URL of this page: https://medlineplus.gov/druginfo/meds/a682172.html

# Fluphenazine
pronounced as (floo fen' a zeen)

## IMPORTANT WARNING:

Studies have shown that older adults with dementia (a brain disorder that affects the ability to remember, think clearly, communicate, and perform daily activities and that may cause changes in mood and personality) who take antipsychotics (medications for mental illness) such as fluphenazine have an increased risk of death during treatment.

Fluphenazine is not approved by the Food and Drug Administration (FDA) for the treatment of behavior problems in older adults with dementia. Talk to the doctor who prescribed this medication if you, a family member, or someone you care for has dementia and is taking fluphenazine. For more information visit the FDA website: http://www.fda.gov/Drugs [http://www.fda.gov/Drugs]

## Why is this medication prescribed?

Fluphenazine is an antipsychotic medication used to treat schizophrenia and psychotic symptoms such as hallucinations, delusions, and hostility.

This medication is sometimes prescribed for other uses; ask your doctor or pharmacist for more information.

## How should this medicine be used?

Fluphenazine comes as a tablet or oral liquid (elixir and concentrate) to take by mouth. It is usually taken two or three times a day and may be taken with or without food. Follow the directions on your prescription

National Institutes of Health / U.S. National Library of Medicine





## COVID-19 Information



Get the latest public health information from CDC

Get the latest research information from NIH | Español

Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Lithium

URL of this page: https://medlineplus.gov/druginfo/meds/a681039.html

# Lithium

pronounced as (lith' ee um)

### IMPORTANT WARNING:

Keep all appointments with your doctor and the laboratory. Your doctor will order certain lab tests to check your response to lithium.

## Why is this medication prescribed?

Lithium is used to treat and prevent episodes of mania (frenzied, abnormally excited mood) in people with bipolar disorder (manic-depressive disorder; a disease that causes episodes of depression, episodes of mania, and other abnormal moods). Lithium is in a class of medications called antimanic agents. It works by decreasing abnormal activity in the brain.

## How should this medicine be used?

Lithium comes as a tablet, capsule, extended-release (long-acting) tablet, and solution (liquid) to take by mouth. The tablets, capsules, and solution are usually taken three to four times a day. The extended-release tablets are usually taken two to three times a day. Take lithium at around the same times every day. Follow the directions on your prescription label carefully, and ask your doctor or pharmacist to explain any part you do not understand. Take lithium exactly as directed. Do not take more or less of it or take it more often than prescribed by your doctor.

Swallow the extended-release tablet whole; do not split, chew, or crush it.