# Exhibit R



State of Rhode Island
**Department of Health**

**Search
Results**

VERIFYING A LICENSE
For a more detailed view of a licensee's background, select the licensee name from the alphabetical list below. Click the numbers below the grid to see additional pages of licensees. To return to the Search page, use the Search Again button below. (Do not use the browser Back key.)

SUBMITTING A COMPLAINT
To submit a complaint against a particular license, click the "Submit Complaint" link for that license.

[ Search Again ]

| Full Name | License Number | | Profession | License Type | License Status | City | State |
|---|---|---|---|---|---|---|---|
| MICHAEL DEANE BURGARD | MD13679 | Submit Complaint | Physician | Allopathic Physician (MD) | Active | PROVIDENCE | RI |
| MICHAEL DEANE BURGARD | CMD13679 | Submit Complaint | Physician | CSR-Allopathic Physician (MD) | Active | UNKNOWN | NA |
| 1 | | | | | | | |



State of Rhode Island
# Department of Health

## MICHAEL DEANE BURGARD

| | | | | | |
|---|---|---|---|---|---|
| **License No:** | MD13679 | **Profession:** | Physician | **License Type:** | Allopathic Physician (MD) |
| **License Status:** | Active | **Issue Date:** | 6/14/2011 | **Expiration Date:** | 6/30/2022 |
| **Secondary License Type:** | | | | | |

### Education Information

**School Name:** University of Missouri at Columbia School of Med.   **Graduated:** 5/12/2006

### Specialty Information

PSYCHIATRY

Geriatric Psychiatry

### Disciplinary Action

**Disclaimer:** The individual license information on the Licensee Lookup displays only the current license status (e.g., Active, Active Probation, Suspended, Revoked). For the disciplinary history of any individual licensee, please click on the link for the specific profession and then on the Disciplinary Actions link available on each professional board's webpage.

See Board Disciplinary Listings at http://www.health.ri.gov/lists/disciplinaryactions

**CLOSE THIS WINDOW TO RETURN TO THE SEARCH RESULTS.**



## State of Rhode Island
# Department of Health

## Search Results

VERIFYING A LICENSE
For a more detailed view of a licensee's background, select the licensee name from the alphabetical list below. Click the numbers below the grid to see additional pages of licensees. To return to the Search page, use the Search Again button below. (Do not use the browser Back key.)

SUBMITTING A COMPLAINT
To submit a complaint against a particular license, click the "Submit Complaint" link for that license.

Search Again

| Full Name | License Number | | Profession | License Type | License Status | City | State |
|-----------|----------------|---|------------|--------------|----------------|------|-------|
| CHRISTOPHER MARTIN MATKOVIC | CLP00502 | Submit Complaint | Physician | CSR-Limited Physician | Expired | | |
| CHRISTOPHER MARTIN MATKOVIC | MD12658 | Submit Complaint | Physician | Allopathic Physician (MD) | Active | PROVIDENCE | RI |
| CHRISTOPHER MARTIN MATKOVIC | CMD12658 | Submit Complaint | Physician | CSR-Allopathic Physician (MD) | Active | UNKNOWN | NA |
| CHRISTOPHER MARTIN MATKOVIC | LP00502 | Submit Complaint | Physician | Limited Physician | Expired | | |
| 1 | | | | | | | |



State of Rhode Island
# Department of Health

## CHRISTOPHER MARTIN MATKOVIC

| License No: | MD12658 | Profession: | Physician | License Type: | Allopathic Physician (MD) |
|---|---|---|---|---|---|
| License Status: | Active | Issue Date: | 5/14/2008 | Expiration Date: | 6/30/2022 |
| Secondary License Type: | | | | | |

### Education Information

**School Name:** St. Georges University School of Medicine   **Graduated:** 6/14/2002

### Specialty Information

PSYCHIATRY

### Disciplinary Action

**Disclaimer:** The individual license information on the Licensee Lookup displays only the current license status (e.g., Active, Active Probation, Suspended, Revoked). For the disciplinary history of any individual licensee, please click on the link for the specific profession and then on the Disciplinary Actions link available on each professional board's webpage.

See Board Disciplinary Listings at http://www.health.ri.gov/lists/disciplinaryactions

**CLOSE THIS WINDOW TO RETURN TO THE SEARCH RESULTS.**



**State of Rhode Island**
# Department of Health

## Search Results

VERIFYING A LICENSE
For a more detailed view of a licensee's background, select the licensee name from the alphabetical list below. Click the numbers below the grid to see additional pages of licensees. To return to the Search page, use the Search Again button below. (Do not use the browser Back key.)

SUBMITTING A COMPLAINT
To submit a complaint against a particular license, click the "Submit Complaint" link for that license.

Search Again

| Full Name | License Number | | Profession | License Type | License Status | City | State |
|---|---|---|---|---|---|---|---|
| AYE MYINT MYINT-U | MD13503 | Submit Complaint | Physician | Allopathic Physician (MD) | Active | PROVIDENCE | RI |
| AYE MYINT MYINT-U | LP01242 | Submit Complaint | Physician | Limited Physician | Null and Void | | |
| AYE MYINT MYINT-U | CMD13503 | Submit Complaint | Physician | CSR-Allopathic Physician (MD) | Active | UNKNOWN | NA |
| AYE MYINT MYINT-U | CLP01242 | Submit Complaint | Physician | CSR-Limited Physician | Null and Void | | |
| AYE MYINT MYINT-U | LM24765 | Submit Complaint | Physician | Medical Officer (Limited) | Expired | PROVIDENCE | RI |
| 1 | | | | | | | |



State of Rhode Island
# Department of Health

| AYE MYINT MYINT-U | | | |
|---|---|---|---|
| **License No:** MD13503 | **Profession:** Physician | **License Type:** | Allopathic Physician (MD) |
| **License Status:** Active | **Issue Date:** 12/8/2010 | **Expiration Date:** | 6/30/2022 |
| **Secondary License Type:** | | | |

| Education Information |
|---|
| **School Name:** Tulane University School of Medicine  **Graduated:** 5/19/2007 |

| Specialty Information |
|---|
| PSYCHIATRY |

| Disciplinary Action |
|---|
| **Disclaimer:** The individual license information on the Licensee Lookup displays only the current license status (e.g., Active, Active Probation, Suspended, Revoked). For the disciplinary history of any individual licensee, please click on the link for the specific profession and then on the Disciplinary Actions link available on each professional board's webpage. |
| See Board Disciplinary Listings at http://www.health.ri.gov/lists/disciplinaryactions |

**CLOSE THIS WINDOW TO RETURN TO THE SEARCH RESULTS.**



### State of Rhode Island
# Department of Health

**Search Results**

VERIFYING A LICENSE
For a more detailed view of a licensee's background, select the licensee name from the alphabetical list below. Click the numbers below the grid to see additional pages of licensees. To return to the Search page, use the Search Again button below. (Do not use the browser Back key.)

SUBMITTING A COMPLAINT
To submit a complaint against a particular license, click the "Submit Complaint" link for that license.

[ Search Again ]

| Full Name | License Number | | Profession | License Type | License Status | City | State |
|---|---|---|---|---|---|---|---|
| SHARATH PUTTICHANDA | MD13908 | Submit Complaint | Physician | Allopathic Physician (MD) | Active | PROVIDENCE | RI |
| SHARATH PUTTICHANDA | CMD13908 | Submit Complaint | Physician | CSR-Allopathic Physician (MD) | Active | UNKNOWN | NA |
| 1 | | | | | | | |



State of Rhode Island
# Department of Health

| SHARATH PUTTICHANDA | | | | | |
|---|---|---|---|---|---|
| **License No:** | MD13908 | **Profession:** | Physician | **License Type:** | Allopathic Physician (MD) |
| **License Status:** | Active | **Issue Date:** | 5/1/2012 | **Expiration Date:** | 6/30/2022 |
| **Secondary License Type:** | | | | | |

| Education Information |
|---|
| **School Name:** J J M Medical College  **Graduated:** 11/1/2004 |

| Specialty Information |
|---|
| PSYCHIATRY |

| Disciplinary Action |
|---|
| **Disclaimer:** The individual license information on the Licensee Lookup displays only the current license status (e.g., Active, Active Probation, Suspended, Revoked). For the disciplinary history of any individual licensee, please click on the link for the specific profession and then on the Disciplinary Actions link available on each professional board's webpage. |
| See Board Disciplinary Listings at http://www.health.ri.gov/lists/disciplinaryactions |

**CLOSE THIS WINDOW TO RETURN TO THE SEARCH RESULTS.**