# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CHARLENE LIBERTY, JOHN DAPONTE,
JOHN DAVIS, DUANE GOMES,
ADAM HANRAHAN, and CHARLES KENNER,
on behalf of themselves and all others
similarly situated; and
DISABILITY RIGHTS RHODE ISLAND,
on behalf of its constituents,

C.A. No. 19-cv-0573-JJM-PAS

*Plaintiffs,*

v.

RHODE ISLAND DEPARTMENT OF
CORRECTIONS;
PATRICIA COYNE-FAGUE,
in her official capacity as the Director of the
Rhode Island Department of Corrections;
MATTHEW KETTLE, in his official capacity as
Assistant Director of Institutions and Operations; and
BARRY WEINER, in his official capacity as
Assistant Director of Rehabilitation Services,

*Defendants.*

## [PROPOSED] ORDER

Having considered the record and submissions by the parties herein, and upon a showing of good cause, it is hereby ordered that Plaintiffs Charlene Liberty, John DaPonte, John Davis, Duane Gomes, Adam Hanrahan, and Charles Kenner and Disability Rights Rhode Island's (collectively referred to as "Plaintiffs") Motion to Compel is granted in its entirety. Defendants Rhode Island Department of Corrections ("RIDOC"), Patricia Coyne-Fague, Matthew Kettle, and Barry Weiner (collectively referred to as "Defendants") are hereby ordered to produce the materials as requested by Plaintiffs in their Motion to Compel.

SO ORDERED this \_\_\_\_ day of _____, 2021.

_____
Honorable Patricia A. Sullivan
Magistrate Judge
United States District Court
District of Rhode Island