

# State of Rhode Island and Providence Plantations
# Department of Corrections
# Inter-Office Memo

**To:** Warden Collins

**Dept:** Women's Facility, Warden

**From:** Lt. Kowalski

**Dept:** Women's Facility

**Date:** June 1, 2019

**Subject:** Inmate Liberty, Charlene # 152138, RI Disability Law Center

---

On June 1, 2019, I received a grievance form from Inmate Liberty. The grievance was very vague and elusive to what the issue is that she was grieving. Inmate Liberty stated in the grievance that *"when she feels like she needs to talk to someone when she is having a mental health issue, she ends up in segregation and it makes her feel more suicidal"*. With those statements I contacted Jen McDonough, Clinical Social Worker to speak with Inmate Liberty to address these issues and identify if she is mentally stable to remain in general population.

Jen McDonough and I spoke with Inmate Liberty, she stated that she was approached by 2 attorneys from the Rhode Island Disability on May 31, 2019, regarding her mental health issues. She stated that they were aware of her recent suicide attempts, and that she was seeing the Forensics Unit for a Competency Evaluation for her suicidal actions. Inmate Liberty stated that they directed her to write a grievance, but not to grieve any specific staff member, only the Segregation Unit. Inmate Liberty stated that they told what to say in the grievance (attached is the paper what an attorney wrote for Inmate Liberty and how to phrase it in the grievance). Inmate Liberty stated that the attorneys instructed her to have the grievance in by May 31, 2019, because it would be with in the 7 days of the incident.

Inmate Liberty also stated that the Attorneys asked her to sign a release form for her medical records from the Department of Corrections. She stated that she did sign a release, but later questioned to Jen and myself what she was releasing to them.

Inmate Liberty stated that after the attorneys told her what to write in the grievance they asked if she knew of or had access to the "segregation policy". Officer Tate called Inmate L▇▇▇▇, D▇▇▇▇ #▇▇▇▇ (inmate law librarian) down to get the conditions of confinement policy out of the law library.

The purpose of this grievance is not within the parameters of the RIDOC Policy 13.10-4, however this will be entered into the grievance data base as "unprocessed". In addition to this information, a report from Jen McDonough will be submitted to the Warden of the Women's Facility and Caitlin Bouchard, Acting Clinical Director, Behavioral Health.

Respectfully Submitted,

*[signature]*

Lt. Kowalski