# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

CHARLENE LIBERTY, JOHN DAPONTE,
JOHN DAVIS, DUANE GOMES,
ADAM HANRAHAN, and CHARLES KENNER,
on behalf of themselves and all others similarly situated; and
DISABILITY RIGHTS RHODE ISLAND,
on behalf of its constituents,

        *Plaintiffs,*        C.A. No. 19-cv-0573-JJM-PAS

        v.

RHODE ISLAND DEPARTMENT OF
CORRECTIONS; PATRICIA COYNE-FAGUE,
in her official capacity as the Director of the Rhode Island
Department of Corrections; MATTHEW KETTLE,
in his official capacity as Assistant Director
of Institutions and Operations; and
BARRY WEINER, in his official capacity as
Assistant Director of Rehabilitation Services,

        *Defendants.*

## DECLARATION OF JOSEPH V. PENN, MD CCHP FAPA

### I. Background and Qualifications

I, Joseph V. Penn, MD, CCHP, FAPA, declare under penalty of perjury:

1.    I am over the age of 18 and fully and legally competent to make this declaration. I have personal knowledge of the statements and facts contained herein.

2.    I am a licensed and triple board-certified psychiatric physician, a Doctor of Medicine (M.D.) and a Clinical Professor of Psychiatry at the University of Texas Medical Branch (UTMB), Galveston, Texas.

3.      I have dedicated my career to direct patient care, clinical and administrative work within juvenile and adult correctional settings for approximately 23 years.    A true and accurate copy of my curriculum vitae, updated as of March 5, 2022, is attached hereto as Exhibit A.

4.      I occasionally serve in a variety of capacities as a forensic psychiatrist consultant and expert witness, for example, in civil matters involving jails, prisons and other correctional and forensic psychiatry and community settings, but only in a limited role, and that work compromises less than 10-20% of my total work and income.

5.      I have been retained in correctional litigation specifically as a plaintiff versus a defense expert, and as a consultant to a Monitor and member of a Monitoring Team.  I have also been retained in criminal matters as a prosecution, defense, and court ordered expert.  I am committed to honesty and to strive for objectivity throughout my correctional and forensic psychiatric work.

6.      I graduated from medical school at the University of Texas Medical Branch (UTMB), Galveston, Texas, and completed four years of general psychiatry training and two years of child and adolescent psychiatry at Brown University, Providence, Rhode Island, and one year of forensic psychiatry, at Yale University, New Haven, Connecticut.

7.      I am triple board certified by the American Board of Psychiatry and Neurology (ABPN) and must undergo maintenance of certification and board re-certification for each specialty board every 10 years.

8.      I am licensed to practice medicine in the state of Texas.

9.      I am the Director of Mental Health Services for UTMB Correctional Managed Care, a full-time role that I have served in since February 2008.  I oversee the provision of

psychiatric, psychological, and mental health services to approximately 80% (approximately 110,000 adult offenders) of the entire Texas state jail and state adult prison population, within the Texas Department of Criminal Justice (TDCJ), across a variety of TDCJ facilities statewide and varying custody levels. I also oversee the delivery of psychiatric services to approximately 800 youths housed statewide within five state juvenile correctional institutional facilities within the Texas Juvenile Justice Department (TJJD).

10.    I maintain a private forensic psychiatry practice where I serve as an in-state and national consultant regarding correctional and non-correctional mental health care delivery and standards of care.

11.    I was appointed to the American Board of Psychiatry and Neurology (ABPN) Forensic Psychiatry Maintenance of Certification committee and have been tasked with writing specific examination questions pertaining to forensic psychiatry and juvenile and adult correctional psychiatry.

12.    I have substantial additional experience, including publications and serving and chairing many boards and committees, serving on the editorial board and as a reviewer for the *Journal of Correctional Health Care*. I also serve as a reviewer for several other journals, including, but not limited to the *Journal of the American Academy of Psychiatry and the Law,* and other medical/psychiatric journals.

13.    I am the immediate past Chair and serve as the American Academy of Psychiatry and the Law (AAPL)'s representative to the National Commission on Correctional Health Care (NCCHC).

14.     I have achieved and maintained specialized certification as a Certified Correctional Health Professional-Mental Health (CCHP-MH) since 2004, approximately 18 years, by NCCHC.  This requires passing of a written national examination, demonstration of proficiency in national correctional health standards, annual attestation of continuing medical education credits, full medical licensure without restrictions, and annual re-certification.

15.     I have undergone specialized initial and ongoing training and served as a physician surveyor for the National Commission on Correctional Health Care (NCCHC), a national organization that provides health care accreditation of jails and short-term detention facilities, prisons, juvenile facilities, and opioid treatment programs in correctional facilities.  I have surveyed several large metropolitan county jails and short-term detention facilities [e.g., US Immigration and Customs Enforcement (ICE) facilities] nationally (these are listed in my CV).

16.     I am the past chair of the NCCHC accreditation committee and continue to serve as a committee member.  I have served on several NCCHC standards revision task force groups to revise the NCCHC health care standards: NCCHC Standards for Health Services in Jails and Prisons, NCCHC Standards for Mental Health Services in Correctional Facilities, and the NCCHC Juvenile Health Standards (I serve as the current chair of the juvenile standards revision work group).  This demonstrates my current knowledge and direct involvement in the provision of psychiatric and mental health care to detained/incarcerated juvenile and adult offender populations.

17.     I co-authored the AAPL Practice Resource for Prescribing in Corrections (2018) and am also an author on a revised version that is in press.

18.     I specialize in the practice of child and adolescent psychiatry, general psychiatry, and forensic psychiatry, and moreover correctional psychiatry.

19.     I have been qualified as an Expert Witness in various State and Federal Courts, in the field of forensic, child and adolescent, and correctional psychiatry (1998-present), and in cases similar to this case. I have served as a court-appointed expert in state and federal courts. I have also served as a consultant to the State of California Department of Justice, Office of the Attorney General, regarding state prisoners in the California Department of Corrections and Rehabilitation, and other Departments of Justice in Nevada, Arizona, Georgia, and Texas.

20.     As reflected in my CV, I have been previously involved in correctional health care initial NCCHC accreditation or subsequent re-accreditation on-site, blended, versus virtual surveys (the latter two were necessitated during the COVID-19 pandemic and ensuing variants) surveys and focused reviews. In my full-time employment since 2008 in the State of Texas TDCJ state prison system, I have undergone and been involved in on-site facility American Correctional Association (ACA) audits, exit interviews, and panel hearings by ACA Commissioners (health care and custody professionals), and thus have direct working knowledge and experience regarding typical questions and requests asked by neutral, independent, objective ACA auditor staff.

21.     In sections 9 on page 5 of his expert declaration, dated 3/15/22, Dr. Metzner wrote the following:

> "I will seek information about the mental health of and care provided to ***people with whom I speak*** (emphasis added) as well as information obtained from relevant discovery documents..."

5

In section 10, on page 5 Dr. Metzner wrote, "I will limit *interviews* (emphasis added) with *incarcerated individuals to those who agree to speak with me* (emphasis added)."

22.     In my opinion, and based upon my experience and training, Plaintiffs' proposal in this case lacks the necessary specificity that would allow me to specifically opine on the appropriateness of the tour, and I have concerns about the impact their proposal would have on RIDOC, its staff and inmates in its care, custody, and control. As a general proposition I do not believe that Plaintiffs' proposal to select staff and inmates to interview has any basis in medical/mental health practice or in sound correctional policies.   Some of the deficiencies and/or matters not addressed in their proposal include, but are not limited to:

A. It remains unclear what methodology will be employed, and specifically who will be involved and assist in identifying incarcerated individuals to be interviewed;

B. It remains unclear how Dr. Metzner will specifically identify, approach, and gain individual consent to interview incarcerated individuals in the Rhode Island Department of Corrections;

C. RIDOC serves as a blended jail and prison and houses both pre-trial (detained, non-sentenced) individuals who are awaiting legal resolution of their pending criminal prosecution. These "jail" detainees may be incarcerated for brief periods of times, hours, days, weeks, and thus may not be able to give reliable information on treatment service provision and availability and how to access these services.  It is not clear—and it is important to know—whether pre-trial jail detainees will be excluded from these "interviews;"

D. Dr. Metzner does not clarify the term, application of, or methodology of how he will obtain inmate consent, provide non-confidentiality warnings (since this is pertaining

to pending civil litigation, and in particular, who will be present when approaching individuals, and how and what they will be asked. In order to formulate an opinion about the facility tours, information about the potential risks and benefits, or lack thereof, to the jail and prison inmates who agree to be interviewed is needed, and Dr. Metzner provides none.

E.  In order to formulate an opinion about the facility tours, it will be necessary to know whether Dr. Metzner would be the one to approach and ask RIDOC inmates for their participation and to submit to an interview. It would be important to know the exact questions to be asked. There is a risk that should RIDOC inmates learn that there is pending litigation or possible class certification that the inmates may exaggerate or not be truthful in their responses. Thus, the self-report provided is problematic. In order to formulate an opinion based on that information, Dr. Metzner would need to verify/validate this information, and it is unclear how he could do that. It is unknown how many inmates Dr. Metzner proposes to approach and how he will attempt to select a representative sample by age, race, gender, and other demographic variables, and by housing/custody status.

F.  In order to give an opinion about the facility tours it would be critical to know what specifically Dr. Metzner would say to the inmate, and whether different questions would be asked to different inmate demographic groups. It would be imperative to know whether any other incentives, offers or promises would be made to a particular inmate. I would need to know whether there would be a representative sample of inmates receiving mental health care versus inmates not receiving such care, inmates

on or not on prescribed psychotropic medications, and a control sample of non-mental health caseload inmates.

G. It is necessary to know whether Plaintiffs' attorneys will be involved or present when Dr. Metzner attempts to "interview" a RIDOC jail or prison inmate. Before considering a tour, and the possible risks to an inmate or group of inmates (e.g., females, or inmates with PTSD or trauma histories, and/or serious mental illness), I would need to establish how many people would be involved in the "interview" of the inmate, how many additional individuals observe the "interview," and in what setting it will occur. I should be permitted to sit in and observe these interviews.

H. From his description, it is unclear whether Dr. Metzner will attempt to conduct a psychiatric evaluation and/or a mental status examination. It is unknown what else will comprise this "interview," and its anticipated duration. I have not seen any proposed specific questions that Dr. Metzner will ask—that would be critical to determine whether the "interviews" would be problematic. Plaintiffs have not indicated that Dr. Metzner will use any type of standard interview questions or a semi-structured interview process.

I. It is not clear whether this will be a psychiatric diagnostic evaluation. It is not clear what specific methodology will be employed. It is not clear who else will be present during the interview. It is not clear what the duration of the interviews will be or where they will be conducted and what level of patient safety, confidentiality safeguards, and security will be provided.

J. It is paramount that Dr. Metzner and others clearly delineate their purpose and role. Based on my experience, the on-site presence of plaintiff attorneys and outside non-

treating forensic psychiatrists and other custody plaintiff experts will likely be quickly communicated across the correctional facilities and poses a clinically significant risk of suspicion, mistrust, and will likely raise questions regarding the type and caliber of existing correctional health services and staff and the access to care and continuity of mental health services and psychiatric diagnostic and psychotropic medication treatment services that are currently available and being provided to pre-trial detainees and sentenced inmates across a variety of units/housing settings in the Rhode Island Department of Corrections. Because the health care is being delivered within a correctional setting, a congregate care setting where news/information travels quickly, there is an even more pressing need for patient confidentiality and privacy, and patient safety/clinical safeguards, to minimize any negative or resulting impact on current inmate patients (with or without mental disorders or serious mental illness) to maintain and/or develop trust and cooperation between the patient and existing health care staff, custody, and leadership staff.

23. When approaching non-incarcerated individuals outside of a traditional doctor/patient, psychotherapist/patient and other clinical treatment setting, for example a research setting, or a forensic evaluator/evaluee setting, there are additional risks of harm and resulting ethical duties and a critical need for patient protections that have resulted in rigorous and ongoing informed consent in clinical research. This is paramount in clinical research settings when reviewing the various possible risks, benefits, and alternatives to participating in a clinical research study. There is a well-established duty for forensic psychiatrists who are performing any civil, criminal, or other forensic evaluation to provide a non-confidentiality warning to the evaluee, to confirm that the evaluee truly understands

the roles, purpose, context, and non-treatment nature of the forensic evaluation, and to answer questions before further proceeding. Due to this occurring in a correctional setting, there need to be clearly determined non-treatment and non-confidentiality warnings (role, agency, what will happen with the information elicited/collected) provided to each inmate, ideally in the form of a signed/written consent. Information on inmates who decline to meet with Dr. Metzner should be collected. Consideration might be given to consider approaching them later to better understand and clarify their reasons for non-participation.

24.     Due to the likelihood that particular inmate patients' names, ages, genders, ethnicities, dates of birth, RIDOC inmate numbers, and other patient identifiers, and information and statements provided by patients will be collected by Dr. Metzner, and shared with plaintiff attorneys, and that this information/data will likely be included in a forensic psychiatric report and could be utilized in litigation and future deposition or trial testimony. Correctional settings are inherently or pose a risk of being interpreted as inherently coercive settings. Thus, there need to be additional safeguards regarding how true and voluntary informed consent be obtained, and a non-confidentiality warning be administered. Unless these safeguards are in place, the interview process as described by Dr. Metzner is inconsistent with best practices and could cause harm to an inmate.

25.     Additional serious ethical and potential role conflicts and other issues remain. If an inmate is psychologically vulnerable or psychiatrically unstable, or is demonstrating paranoia, suspiciousness, fearfulness, delusional thoughts, psychosis, and/or is otherwise clinically unstable, they may be unable to provide informed consent for a forensic psychiatric interview. Some individuals may not have a chronic psychotic disorder but

may have mood disorders, anxiety disorders, acute stress disorder or posttraumatic stress disorder (PTSD), substance withdrawal or other substance use disorders, borderline personality traits or disorders and/or other mixed personality traits or disorders, and may experience what appears to be a non-threatening interview as intrusive and may become acutely suicidal, engage in behavioral dyscontrol, agitation, self-injurious or self-harming behaviors, or otherwise decompensate/deteriorate. Other incarcerated individuals may have past physical, emotional, and/or sexual abuse or other types of victimization, other trauma histories, borderline personality disorder or other maladaptive personality traits or disorders, and therefore be at risk to deteriorate or decompensate when asked certain sensitive material/questions. During or after the interview the questions asked, or the interview experience alone may cause a vulnerable individual to deteriorate. If an individual discloses imminent risks of harm to self or others (e.g., suicidal, or homicidal ideation, intent, or plans) to Dr. Metzner or any of the Plaintiffs' representatives present during the "interview," there is no assurance that that information would be transmitted to RIDOC. The same concerns exist if the individual discloses other sensitive or clinically vital information that has relevance to RIDOC custody and/or treatment staff.

Under 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on the 7th day of April 2022.

_____
JOSEPH V. PENN, MD, CCHP, FAPA

CURRICULUM VITAE
**JOSEPH V. PENN, MD CCHP FAPA**

Business Address:        University of Texas Medical Branch (UTMB)
                         Correctional Managed Care (CMC)
                         Mental Health Services
                         200 River Pointe Drive, Suite 200
                         Conroe, Texas 77304
Business Telephone:      (936) 494-4183
Business Fax:            (936) 494-4194
E-mail:                  jopenn@utmb.edu

## EDUCATION

Undergraduate      1987 B.S. in Biology
                   University of the Incarnate Word (formerly Incarnate Word College), San
                   Antonio, Texas
                   Honors: Alpha Chi, Academic All-American, Who's Who in American
                   Universities & Colleges, Graduated Summa Cum Laude

Medical School     1992 M.D.
                   University of Texas Medical Branch, Galveston, Texas
                   Honors: Who's Who in American Colleges/Universities, Junior Marshal

## POSTGRADUATE EDUCATION

                   2014 Management Certificate
                   Physician Leadership Academy
                   University of Houston Clear Lake &
                   University of Texas Medical Branch, Galveston, Texas

## POSTGRADUATE TRAINING

Residency          1992-1996     General Psychiatry
                   1995-1996     Chief Resident
                   Department of Psychiatry and Human Behavior,
                   Brown University, Providence, Rhode Island

Residency          1996-1998     Child and Adolescent Psychiatry
                   Department of Psychiatry and Human Behavior,
                   Brown University, Providence, Rhode Island

Fellowship         1998-1999     Forensic Psychiatry
                   Department of Psychiatry
                   Yale University, New Haven, Connecticut

## POSTGRADUATE HONORS AND AWARDS

| | |
|---|---|
| 1994 | ACNP Program for Minority Research Training in Psychiatry |
| 1994 | Center for Mental Health Services Scholarship |
| 1995 | Mead Johnson Fellow, Association for Academic Psychiatry |
| 1995 | Laughlin Fellow, American College of Psychiatrists |
| 1996 | Outstanding Young Men of America |
| 1996 | Chester M. Pierce, M.D., Sc.D. Resident Research Award |
| 1997 | Lebensohn Award, American Association of General Hospital Psychiatrists |
| 1997 | Rappeport Fellow, American Academy of Psychiatry & the Law |
| 1999 | Presidential Scholar, American Academy of Child & Adolescent Psychiatry |
| 2000 | Pilot Research Award, American Academy of Child & Adolescent Psychiatry |
| 2001 | America's Registry of Outstanding Professionals |
| 2002 | Who's Who in Medicine and Healthcare |
| 2003 | Who's Who in America |
| 2003 | Who's Who in Science and Engineering |
| 2003 | Junior Faculty Development Award, Association for Academic Psychiatry |
| 2004 | Brown Medical School Teaching Recognition Award |
| 2004 | Distinguished Alumnus, University of the Incarnate Word |
| 2004 | Strathmore's Professional Honor Society |
| 2005- | Best Doctors in America |
| 2006 | Madison Who's Who |
| 2006 | Fellow, American Psychiatric Association |
| 2007 | Who's Who Among Executives and Professionals |
| 2007 | Fellow, The Lloyd Society |
| 2008 | Member, American College of Psychiatrists |
| 2011 | Cambridge Who's Who Registry among Executives and Professionals in the Field of Research, Medicine, and Healthcare |

## MILITARY SERVICE          None

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

| | |
|---|---|
| 1993 | Rhode Island Medical License # 8849 |
| 1997 | Diplomate, American Board of Psychiatry & Neurology # 43847 |
| 1998 | Additional Certification, Child and Adolescent Psychiatry # 4583 |
| 1998 | Connecticut Medical License # 36678 |
| 1999 | Texas Medical License # K7081 |
| 1999 | Massachusetts Medical License # 161086 |
| 2003 | Additional Certification, Forensic Psychiatry # 1438 |
| 2004 | Certified Correctional Health Care Professional (CCHP), National Commission on Correctional Health Care |
| 2007 | Re-Certification, American Board of Psychiatry & Neurology # 43847 |
| 2013 | Re-Certification, Forensic Psychiatry, American Board of Psychiatry & Neurology #1438 |
| 2017 | Re-Certification, General Psychiatry, American Board of Psychiatry & Neurology #43847 |
| 2017 | Re-Certification, Child and Adolescent Psychiatry, American Board of Psychiatry & Neurology #4583 |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1995-1996 | Assistant Instructor in Psychiatry |
| 1998-2007 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Providence, Rhode Island |
| 2007-2012 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, Providence, Rhode Island |
| 2009-2013 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2014- | Clinical Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2017- | Clinical Professor, Physician Assistant Studies, UTMB Medical School, Galveston, Texas |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1994-1997 | Psychiatric House Officer, Landmark Medical Center, Woonsocket, RI |
| 1994-1998 | Psychiatric House Officer, St. Joseph Center for Psychiatric Services, Providence, RI |
| 1999-2008 | Medical Staff, Rhode Island Hospital, Providence, RI |
| 1999-2008 | Medical Staff, Emma Pendleton Bradley Hospital, East Providence, RI |
| 1999-2008 | Director, Child and Adolescent Forensic Psychiatry, Rhode Island Hospital, Providence, RI |
| 2008- | Director, Mental Health Services, University of Texas Medical Branch (UTMB), Correctional Managed Care (CMC), Conroe, Texas |
| 2013-2014 | Acting Clinical Director, Texas Department of Criminal Justice (TDCJ), TDCJ Skyview/Hodge Units, Rusk, Texas |
| 2017- | Staff Psychiatrist, University Medicine Associates, Bexar County Hospital District d/b/a University Health, in conjunction with Detention Health Care Services ("University Health"), Bexar County Jail, San Antonio, Texas |
| 2018-2020 | Consulting Psychiatrist, River Oaks Hospital and Clinics, Houston, Texas |
| 2019-2020 | Acting Clinical Director, TDCJ, Jester IV Unit, Richmond, Texas |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1995- | Reviewer, Hospital Physician |
| 1996 | Reviewer, Academic Psychiatry |
| 1996 | Reviewer, Journal of Nervous and Mental Disease |
| 1997 | Reviewer, Journal of Clinical Psychiatry |
| 1997 | Staff Psychiatrist, Kent County Mental Health Center, Warwick, RI |

| | |
|---|---|
| 1998-2001 | Consultant, New Haven State's Attorney Office, New Haven, CT |
| 1998-2000 | Consultant, Capital Defense and Trial Services Unit, Office of the Chief Public Defender, Hartford, CT |
| 1998-2001 | Consultant, Office of the Public Defender, Bridgeport, CT |
| 1998-1999 | Psychiatrist, New Haven Court Clinic, New Haven, CT |
| 1998-1999 | Consultant, Disabilities Clinic, Yale Law School, New Haven, CT |
| 1998-1999 | Psychiatric Expert Witness, Trial Practice Course, Yale Law School, New Haven, CT |
| 1998-1999 | Consultant, Special Populations Unit, CT Department of Mental Health and Addictions Services, Hartford, CT |
| 1998-1999 | Genesis Group Co-leader and Individual Therapist, Whiting Forensic Institute, Middletown, CT |
| 1998-1999 | Child Custody and Placement Clinic, Yale Child Study Center, New Haven, CT |
| 1998-2001 | Consultant, Superior Court, Juvenile Matters, Stamford, CT |
| 1999 | Consultant, Psychiatric Security Review Board, Middletown, CT |
| 1999 | Consultant, United States Department of State, Washington, DC |
| 1999-2001 | Staff Child Psychiatrist, The Family Health Center at SSTAR Program, Fall River, MA |
| 1999-2008 | Director of Psychiatric Services, Rhode Island Training School, Cranston, RI |
| 1999-2008 | Consultant, Rhode Island Family Court |
| 1999-2008 | Consultant, Rhode Island Department of Children, Youth, and Families |
| 1999-2008 | Consultant, RI Department of Disability Determination Services, Providence, RI |
| 1999-2000 | Consultant, Providence Police Department, Kid's INC. Program, Providence, RI |
| 1999-2001 | Consultant, Office of the Attorney General, Providence, RI |
| 2000-2001 | Consultant, Superior Court, Juvenile Matters, Hartford, CT |
| 2000-2001 | Consultant, United States Attorney, District of Rhode Island, Providence, RI |
| 2001 | Consultant, Butler Hospital, Providence, RI |
| 2001 | Consultant, Northwest Special Education Region, Scituate, RI |
| 2001 | Consultant, Qualidigm, Middletown, CT |
| 2001-2003 | Consultant, Town of Narragansett, Narragansett, RI |
| 2001-2002 | Consultant, Office of the Public Defender, Enfield, CT |
| 2001-2002 | Consultant, Medical Consultants Network, Seattle, WA |
| 2001-2002 | Advisory Board, HELP Mental Health and Wellness Initiative, Providence, RI |
| 2002 | Consultant, Yarmouth Police Department, Yarmouth, MA |
| 2002-2003 | Consultant, Office of the Mental Health Advocate, Cranston, RI |
| 2002 | Consultant, Commonwealth of Massachusetts, Committee for Public Council, Boston, MA |
| 2002- | Editorial Board, Hospital Physician |
| 2002- | Reviewer, Journal of Correctional Health Care |
| 2003- | Consultant, Bradley Hospital, East Providence, RI |
| 2003- | Representative, American Academy of Child & Adolescent Psychiatry to the National Commission on Correctional Health Care, Chicago, Illinois |
| 2003- | Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2003 | Advisory Panel, ADHD in Correctional Institutions, National Commission on Correctional Health Care, Chicago, Illinois |
| 2004 | Consultant, Town of West Warwick, RI, Pension Board |
| 2004 | Consultant, Rhode Island Department of Corrections |

| 2004 | Reviewer, Journal of the American Medical Women's Association |
| 2004- | Editorial Board, Psychiatry |
| 2005 | Consultant, Florida Department of Juvenile Justice |
| 2005-2008 | Consultant, Office of the Public Defender, Providence, RI |
| 2005 | Consultant, Bradley School, Portsmouth, RI |
| 2005-2006 | Consultant, Office of the Attorney General, Hartford, CT |
| 2006-2007 | Consultant, Phoenix House, New York, NY |
| 2006- | Editorial Board, Correctional Health Report |
| 2006-2008 | Consultant, Physicians and Lawyers for National Drug Policy |
| 2006-2008 | Board of Directors, Academy of Correctional Health Care Professionals |
| 2007-2009 | Consultant, Town of East Providence, RI, Police Department |
| 2007-2009 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Various Correctional Facilities, Valhalla, New York |
| 2007-2010 | Chair (Chair-Elect, Chair, Immediate Past), Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2008 | Consultant, National Institute of Mental Health (NIMH), Bethesda, MD |
| 2009 | Consultant, Kansas Department of Juvenile Corrections |
| 2009 | Consultant, Philadelphia Department of Behavioral Health and Mental Retardation Services |
| 2009 | Reviewer, Ambulatory Pediatrics |
| 2009- | Board of Directors, Society of Correctional Physicians (SCP) |
| 2011- | Editorial Board, Journal of Correctional Health Care |
| 2011 | Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC) |
| 2011 | Consultant, Rhode Island Department of Corrections |
| 2011- | Consultant, Agency for Health Research and Quality's (AHRQ) Effective Health Care (EHC) Program |
| 2011 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2011 | Consultant, Vermont Department of Corrections |
| 2012 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Idaho Department of Corrections |
| 2012 | Consultant, National Commission on Correctional Health Care, US Immigration and Customs Enforcement (ICE) San Diego Contract Detention Facility, San Diego, California |
| 2012 | Surveyor, National Commission on Correctional Health Care, Orleans Parish Criminal Sheriff's Office, New Orleans, Louisiana |
| 2012 | Surveyor, National Commission on Correctional Health Care, Hudson County Correctional Center, Kearny, New Jersey |
| 2012 | Reviewer, Academic Pediatrics |
| 2012-2013 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2013- | Consultant, Polk County Juvenile Detention Center/Polk County Jail, Bartow, Florida |
| 2013-2016 | Member, Council on Psychiatry and Law, American Psychiatric Association, Arlington, Virginia |
| 2013 | Surveyor, National Commission on Correctional Health Care, Harris County Jail, Houston, Texas |
| 2013 | Surveyor, National Commission on Correctional Health Care, Rio Grande Detention Center, Laredo, Texas |

| | |
|---|---|
| 2013-2014 | Consultant, Juvenile Justice Commission (JJC) State of New Jersey, and the University of Medicine and Dentistry of New Jersey (UMDNJ)-University Behavioral HealthCare/University Correctional HealthCare, Trenton, New Jersey |
| 2013- | Consultant, J Allen and Associates of Texas, Friendswood, Texas |
| 2013- | Reviewer, Suicide and Life-Threatening Behavior |
| 2013- | Consultant, Division of Health Services, Arizona Department of Corrections, Phoenix, Arizona |
| 2013 | Surveyor, National Commission on Correctional Health Care, El Paso Service Processing Center, El Paso, Texas |
| 2013-2014 | Consultant to Special Master, *Coleman v. Brown*, *Governor of California, et al.,* United States Court of Appeals, Ninth Circuit, Pasadena, California. |
| 2015-2017 | Chair, Council on Children, Adolescents and Their Families, American Psychiatric Association, Arlington, Virginia |

## ADDITIONAL INFORMATION

| | |
|---|---|
| 2007-2011 | Contributor and Consultant to the American Academy of Child and Adolescent Psychiatry (AACAP) Work Group on Quality Issues. Practice Parameter for Child and Adolescent Forensic Evaluations. J Am Acad Child Adolesc Psychiatry 2011; 50:1299-1312 |

## HOSPITAL COMMITTEES

| | |
|---|---|
| 1994-96 | Pharmacy and Therapeutics Committee, Butler Hospital, Providence, RI |
| 1995-96 | Outpatient Specialty Program Directors Group, Butler Hospital, Providence, RI |

## UNIVERSITY COMMITTEES

Brown University Department of Psychiatry and Human Behavior

| | |
|---|---|
| 1992-96 | Policy Committee, Residency Training Program |
| 1992-96 | Selection Committee, Residency Training Program |
| 1994 | Residency Recruitment Coordination Committee |
| 1994-96 | SDDS/Primary Care Psychiatry Research Committee |
| 1994 | Search Committee, Director of General Psychiatry Residency Training Program |
| 1998 | Selection Committee, Child and Adolescent Psychiatry Residency Program |

Brown University School of Medicine

| | |
|---|---|
| 2000-2002 | Search Committee, Department of Pediatrics |
| 2003-2007 | Search Committee, Post-Doctoral Training Program in Juvenile Forensic Psychology |

University of Texas Medical Branch Correctional Managed Care

| | |
|---|---|
| 2008- | Continuing Medical Education (CME) Committee |
| 2008-2010 | County Jail Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Services Policy Committee |
| 2008- | Quality Council |
| 2008- | Mental Health Inpatient Leadership Group (Chair) |
| 2009-2011 | Medical Executive Committee (Chair) |
| 2009- | Executive Council |

## NATIONAL COMMITTEES

Academy of Correctional Health Care Professionals
| | |
|---|---|
| 2003-2004 | Education Committee |
| 2005-2008 | Membership Committee |
| 2006-2008 | Board of Directors |
| 2007-2008 | Education Committee |

American Academy of Child and Adolescent Psychiatry
| | |
|---|---|
| 1997-2000 | Television and the Media Committee |
| 1999- | Rights and Legal Matters Committee |
| 1999-2002 | Task Force on Juvenile Justice Reform |
| 2002-2006 | Committee on Juvenile Justice Reform |
| 2016- | Children and the Law Committee |

American Board of Psychiatry and Neurology
| | |
|---|---|
| 1998- | 2001Psychiatry Re-Certification Committee |
| 2001-2004 | Re-appointed, Psychiatry Re-Certification Committee |
| 2006 | Examiner, Part II General Psychiatry Examination Committee |
| 2001-2006 | Examiner, Child and Adolescent Psychiatry Examination Committee |
| 2007-2014 | Forensic Psychiatry Examination Committee |

American Academy of Psychiatry and the Law
| | |
|---|---|
| 1998- | Rappeport Fellowship Committee |
| 2006- | Suicidology Committee |
| 2010-12 | Institutional and Correctional Psychiatry |
| 2011- | (Chair) Suicidology Committee |

American College of Psychiatrists
| | |
|---|---|
| 2014-2017 | Committee on the Education Award |

American Correctional Association
| | |
|---|---|
| 2013-2021 | Health Care Committee |
| 2013-2021 | Mental Health Committee |

American Psychiatric Association
| | |
|---|---|
| 2012-2014 | Workgroup on Persons with Mental Illness in the Criminal Justice System |
| 2014- | Workgroup on Mental Illness and Criminal Justice |

Association for Academic Psychiatry
| | |
|---|---|
| 2003-2004 | Program Committee |

Coalition for Juvenile Justice
| | |
|---|---|
| 2001-2002 | Membership Committee |

National Commission on Correctional Health Care
| | |
|---|---|
| 2003- | Juvenile Health Committee |
| 2003-2004 | Standards Revision Task Force, Standards for Health Services in Juvenile Detention and Confinement Facilities |
| 2005 | Program Committee |
| 2005 | (Chair) Clinical Guidelines Monitoring Subcommittee |
| 2006-2007 | (Vice-Chair) Clinical Guidelines Monitoring Subcommittee |
| 2006-2010 | Executive Committee, Member At-Large |
| 2007-2008 | (Chair) Juvenile Health Committee |

| | |
|---|---|
| 2007-2008 | Clinical Guidelines Monitoring Subcommittee |
| 2008-2010 | Finance Committee |
| 2011-2014 | (Chair) Juvenile Health Committee |
| 2011- | Executive Committee |
| 2011- | Accreditation Committee |
| 2012-2014 | (Vice Chair) Accreditation Committee |
| 2013 | Standards Revision Task Force, Standards for Health Services in Jails and Prisons |
| 2014- | (Chair) Accreditation Committee |
| 2014- | Certified Correctional Health Professional-Mental Health (CCHP-MH) Committee |
| 2014- | Mental Health Standards Revision Task Force, Standards for Mental Health Services in Correctional Facilities |
| 2016 | Standards Revision Task Force, Standards for Health Services in Jails and Prisons |

## STATE AND LOCAL COMMITTEES

Rhode Island Psychiatric Society

| | |
|---|---|
| 1995-1996 | Executive Committee |
| 2006-2008 | (Chair) Public Affairs Committee |

Rhode Island Training School

| | |
|---|---|
| 2000-2001 | Health, Mental Health, and Suicide Prevention Work Group |
| 2002 | Resocialization Steering Committee |
| 2003-2008 | Pharmacy and Therapeutics Committee |
| 2004-2008 | Risk Management Committee |
| 2004-2008 | Suicide Prevention Work Group |

Rhode Island Department of Children, Youth, and Families

| | |
|---|---|
| 2003 | Article 23 Committee and Subcommittee |
| 2004 | Psychotropic Medications and Chemical Restraints |

Rhode Island Department of Health

| | |
|---|---|
| 2006-2008 | Suicide Prevention Subcommittee |

Texas Department of Criminal Justice

| | |
|---|---|
| 2008- | Correctional Managed Care Pharmacy and Therapeutics Committee |
| 2008- | Psychiatry Subcommittee |
| 2008-2009 | Drug Withdrawal/Benzodiazepine Discontinuation Subcommittee |
| 2008- | Joint Suicide Prevention Operational Workgroup |
| 2008- | Joint Mental Health Committee |
| 2008- | Suicide Prevention Working Group |
| 2008- | System Leadership Council |
| 2009-2011 | Joint Mental Health Work Group (Chair) |
| 2012-2017 | Joint Gender Identity Disorder Committee |
| 2012- | Integrated Mental Health Procedure Committee |
| 2014-2016 | Joint Mental Health Work Group (Chair) |
| 2017- | Joint Gender Identity Disorder Committee (Co-Chair) |
| 2017- | Correctional Managed Care Pharmacy and Therapeutics Committee (Chair) |

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

2009-2014     Advisory Committee

Texas Juvenile Justice Department (formerly known as the Texas Youth Commission)

| | |
|---|---|
| 2008- | Youth Health Services Leadership Council |
| 2008- | Youth Services Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Subcommittee |
| 2008- | Psychiatry Subcommittee |
| 2016-2018 | (Chair) Youth Services Pharmacy and Therapeutics Committee |

Texas Society of Psychiatric Physicians

| | |
|---|---|
| 2009- | Government Affairs Committee |
| 2009-2012 | Public Mental Health Services Committee |
| 2009-2010 | Strategic Planning and Coordinating Committee |
| 2012-2013 | (Vice-Chair) Forensic Psychiatry Committee |
| 2013-2015 | Continuing Medical Education Committee |
| 2013- | (Chair) Forensic Psychiatry Committee |
| 2013- | Executive Council |
| 2018-2019 | President |

## MEMBERSHIP IN SOCIETIES

| | |
|---|---|
| 1987-99 | American Medical Association |
| 2002-2003 | American Medical Association |
| 1992- | Theta Kappa Psi Medical Fraternity Alumni |
| 1992- | American Psychiatric Association |
| 1993-2008 | Rhode Island Psychiatric Society |
| 1995- | American Academy of Child and Adolescent Psychiatry |
| 1996-2004 | Association for Academic Psychiatry |
| 1996-98 | Rhode Island Medical Society |
| 1997-98 | American Association of General Hospital Psychiatrists |
| 1997-98 | Brown University Housestaff Association |
| 1999-2008 | Rhode Island Council of Child and Adolescent Psychiatry |
| 1997- | American Academy of Psychiatry and the Law |
| 1998-99 | Connecticut Psychiatric Society |
| 2002- | Academy of Correctional Health Professionals |
| 2008- | Texas Society of Psychiatric Physicians |
| 2008- | Texas Society of Child and Adolescent Psychiatry |
| 2009- | American College of Psychiatrists |
| 2011- | American College of Physician Executives |

## PUBLICATIONS

1. Jenkins M, Malloy P, Cohen R, Salloway S, Neeper R, **Penn JV**, Chang K. Attentional and Learning Dysfunction Among Adults with History of Childhood ADHD Journal of the International Neuropsychological Society 1996;2:209.

2. **Penn JV**, Boland RJ, McCartney JR, Kohn R, Mulvey T. Recognition and Treatment of Depressive Disorders by Internal Medicine Residents and Attendings General Hospital Psychiatry 1997;19:179-184.

3. Jenkins M, Cohen R, Malloy P, Salloway S, Gillard E, **Penn JV**, Marcotte A. Neuropsychological Measures which Discriminate Among Adults with Residual Attention Deficit Disorder and Other Attentional Complaints <u>Clin Neuropsychologist</u> 1998;12:74-83.

4. **Penn JV**, Esposito CL, Schaeffer LE, Fritz GK, Spirito A. Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility <u>J Am Acad Child Adolesc Psychiatry</u> 2003; 7:762-769.

5. Zonfrillo MR, **Penn JV**, Leonard HL. Pediatric Psychotropic Polypharmacy. <u>Psychiatry 2005</u> 2005; 8:14-19.

6. Stein, LAR, Lebeau-Craven, R, Martin R, Colby SM, Barnett, NP, Golembeske, C, **Penn, JV**. Use of the Adolescent SASSI in a Juvenile Correctional Setting. <u>Assessment</u> 2005, 12:384-394.

7. **Penn JV**, Thomas CR. AACAP Work Group on Quality Issues. Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities. <u>J Am Acad Child Adolesc Psychiatry</u> 2005; 10:1085-1098.

8. **Penn JV**, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles. <u>J Correctional Health Care</u> 2006; Volume 11, Issue 4: 333-346.

9. Cascade EF, Kalali AH, **Penn JV**, Feifel D. Recent Changes in Prescriptions for Antipsychotics in Children and Adolescents. <u>Psychiatry</u> (Edgmont). 2006 Volume 3, Issue 9:18-20.

10. Esposito-Smythers CL, **Penn JV**, Stein LAR, Lacher-Katz M, Spirito A. A Test of Problem Behavior and Self-Medication Theories in Incarcerated Adolescent Males. <u>J Child Adol Substance Abuse</u> 2008; Volume 17, Issue 4: 41-56.

11. Baillargeon J**,** Binswanger IA, **Penn JV**, Williams BA, Murray OJ. Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door. <u>The American Journal of Psychiatry</u> 2009; Volume 166, Issue 1:103-109.

12. Baillargeon J**, Penn JV**, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Suicide in America's Largest Prison System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 2: 188-193.

13. Garvey KA, **Penn JV,** Campbell AL, Esposito-Smythers CL, Spirito A. Contracting For Safety with Patients: Clinical Practice and Forensic Implications. <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 3: 363-370.

14. Ochoa KC, Pleasants GL, **Penn JV**, Stone DC. Disparities in Justice and Care: Persons With Severe Mental Illnesses in the U.S. Immigration Detention System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2010; Volume 38, Number 3: 392-399.

15. Baillargeon J**,** Hoge SK, **Penn JV**. Addressing the Challenge of Community Reentry among Released Inmates with Serious Mental Illness. <u>American Journal of Community Psychology</u> 2010; Volume 46, Number 3-4: 361-375.

16. Baillargeon J, **Penn JV**, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of Reincarceration among Prisoners with Co-occurring Severe Mental Illness and Substance Use Disorders. <u>Adm Policy Ment Health</u> 2010; Volume 37, Number 4:367-74.

17. Harzke, AJ, Baillargeon J, Baillargeon G, Henry J, Olvera R, Torrealday O., **Penn, JV**, Parikh, R. Prevalence of Psychiatric Disorders in the Texas Juvenile Correctional System. Journal of Correctional Health Care 2012; Volume 18, Number 2: 143-157.

18. Harzke AJ, Baillargeon J, Baillargeon G, Olvera R, Torrealday O, **Penn JV**, Parikh R. Co-occurrence of Substance Use Disorders with Other Psychiatric Disorders in the Texas Juvenile Correctional system. International Journal of Prisoner Health 2011; 7, 4-16.

19. Hilliard WT, Barloon L, Farley P, **Penn JV,** Koranek A. Bupropion Diversion and Misuse in the Correctional Facility. Journal of Correctional Health Care 2013; Volume 19, Number 3: 211-217.

20. McKee J, **Penn JV**, Koranek A. Psychoactive Medication Use and Misadventuring Issues in Correctional Healthcare – What all Clinicians Should Know. Journal of Correctional Health Care 2014; 20(3):249-260.

21. Trestman, RL (Chair), **Penn JV**, et al. Psychiatric Services in Correctional Facilities: Third Edition A Work Group Report of the American Psychiatric Association. American Psychiatric Publishing 2015.

22. Tamburello A, Metzner J, Ferguson E, Champion M, Ford E, Glancy G, Appelbaum K, **Penn J,** Burns K, Ourada J. The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections. Journal of the American Academy of Psychiatry and Law 46:242-43, 2018. DOI:10.29158/JAAPL.003762-18

23. Tamburello A, **Penn J,** Ford E, Champion M, Glancy G, Metzner J, Ferguson E, Tomita T, Ourada J. The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections. Journal of the American Academy of Psychiatry and Law (in press)

24. Tamburello A, **Penn JV,** Negron-Muñoz R, Kaliebe K. Prescribing Psychotropic Medications for Justice-Involved Juveniles. Journal of Correctional Health Care (under editorial review)

## OTHER PEER-REVIEWED PUBLICATIONS

1. Chang K, Neeper R, Jenkins M, **Penn JV**, Bollivar L, Israeli L, Malloy P, Salloway SP. Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:400-1.

2. **Penn JV**, Salloway SP. Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:406-7.

3. **Penn JV**, Child and Adolescent Forensic Psychiatry, Medicine and Health Rhode Island 2005;9:310-317.

## OTHER NON-PEER REVIEWED PUBLICATIONS

1. **Penn JV**, Martini J, Radka D. Weight Gain Associated with Risperidone (Letter to Editor) Journal of Clinical Psychopharmacology 1996;16:259-260.

2. **Penn JV**, Leonard HL, March J: OCD in Children and Adolescents. In M.T. Pato, G Steketee (eds.), OCD Across the Life Cycle, <u>Annual Review of Psychiatry</u>, Volume 16. Washington, DC: American Psychiatric Press, 1997, pp 7-53.

3. **Penn JV**, Hagino 0: Child and Adolescent Psychiatry. In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 2nd Edition. St. Louis: Mosby, 1998, pp 340-374.

4. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of the American Academy of Child and Adolescent Psychiatry 2001;12:1483-1484.

5. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of Developmental and Behavioral Pediatrics 2001; 22: 258-259.

6. **Penn JV**. Attention-Deficit/Hyperactivity Disorder: Review Questions. <u>Hospital Physician</u> 2001; 6:27-28.

7. **Penn JV**. Quick to Cry? <u>Parenting</u> 2001; 4:185.

8. **Penn JV**, Leonard HL: Diagnosis and Treatment of Obsessive-Compulsive Disorder in Children and Adolescents. In M.T. Pato, J. Zohar (eds.), <u>Current Treatments of Obsessive-Compulsive Disorder</u>, 2nd Edition. Washington, DC: American Psychiatric Press, 2001, pp. 109-132.

9. **Penn JV**. Justice for Youth? A History of the Juvenile and Family Court. <u>The Brown University Child and Adolescent Behavior Letter</u> 2001; 9:1-4.

10. **Penn JV**. Child and Adolescent Depression: Review Questions. <u>Hospital Physician</u> 2002; 1:39-40.

11. Thomas CR, **Penn JV**: Juvenile Justice Mental Health Services, In <u>Child and Adolescent Psychiatric Clinics of North America</u>. Edited by Haller L. Philadelphia: WB Saunders, 2002, pp 731-748.

12. **Penn JV**: Use of Psychotropic Medications with Incarcerated Youth. <u>Standards for Health Services in Juvenile Detention and Confinement Facilities</u> National Commission on Correctional Health Care, 2004, 263-265.

13. Carlsen AB, **Penn JV** <u>Kids Who Commit Adult Crimes: Serious Criminality by Juvenile Offenders</u> (Book Review) Flowers RB, Journal of Developmental & Behavioral Pediatrics 2005; 26:390-391.

14. Kraus LJ, **Penn JV**: Standards for Juvenile Detention and Confinement Facilities. <u>In Recommendations for Juvenile Justice Reform</u>. (Monograph) 2nd Edition. American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform, 2005, p.40-47.

15. Masters KJ, **Penn JV**: Seclusion and Restraint: Juvenile Justice Plus Restrictive Interventions Equals Fragmentation. <u>AACAP News</u>, 2005, p. 164, 172.

16. **Penn JV**: Safe Use of Psychotropic Medications with Confined Youth. <u>Correct Care</u>, 2005, Volume 19, Issue 2, p. 12.

17. Murakami S, Rappaport N, **Penn JV**: An Overview of Juveniles and School Violence. In <u>Psychiatric Clinics of North America</u>. Edited by Scott C. Philadelphia: Elsevier, 2006, pp. 725-741.

18. **Penn JV**: Expert Commentary: Antipsychotic Use Among Children and Adolescents. <u>Psychiatry 2006</u>. 2006; 9:19.

19. **Penn JV**: Child and Adolescent Psychiatry.  In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 3rd Edition. Elsevier: Philadelphia, PA, 2007, pp 389-441.

20. Romero L, **Penn JV**. Ethical Issues of Youthful Offenders: Confidentiality, Right to and Right to Refuse Treatment, Seclusion and Restraint.  In C. Kessler and L. Kraus, <u>The Mental Health Needs of Young Offenders,</u> Cambridge University Press, Cambridge, UK, 2007, pp. 401-422.

21. **Penn JV**, Thomas CR. Mental Health Care in Juvenile Detention Facilities: A Review (Letter to Editor) <u>Journal of the American Academy of Psychiatry and the Law.</u> 2006; 34:570-571.

22. Faille L, Clair M, **Penn JV**.  Special Risk Management Issues in Child and Adolescent Psychiatry. <u>Psychiatric Times</u>. 2007; 7:64-67.

23. **Penn JV**. Invited Editorial: "Psychotropic Medications in Incarcerated Juveniles: Over versus Under-Prescribed?" <u>Arch Pediatr Adolesc Med</u>. 2008 Mar;162(3):281-3.

24. Baillargeon J**,** Paar DP, **Penn JV** Psychiatric Disorders and HIV/Hepatitis Coinfection <u>CorrDocs</u>. Volume 11, Issue 3:12.

25. Baillargeon J**, Penn JV**, (Letter to Editor) <u>The American Journal of Psychiatry</u> 2009; 166:490.

26. **Penn JV**. Suicide Prevention Strategies for Juveniles in Correctional Settings. In <u>Condotte Suicidarie: Un'analisi Nel Sistema Degli Istituti Penali Minorili (Suicide Behavior: An Analysis of the Juvenile Justice/Correctional System).</u> Numeri Pensati: Gangemi Editore, Rome, Italy, 2010, pp 66-76.

27. Clair M, Faille L, **Penn JV.**  Prevention and Treatment of Violent Offending/Offenders. In Ferguson CJ, <u>Violent Crime: Clinical and Social Implications</u>, Sage Publications, Thousand Oaks, CA, 2010, 351-372.

28. **Penn JV**. Standards and Accreditation for Jails, Prisons, and Juvenile Facilities, In <u>Oxford Textbook of Correctional Psychiatry</u>. Edited by Trestman R, Appelbaum K, and Metzner J. Oxford University Press, New York, NY, 2015, pp 359-365.

29. McGlasson T, Champion MK, **Penn JV**. Geriatric Offenders: Evaluation and Treatment within Correctional Settings, In <u>Oxford Textbook of Geriatric Forensic</u> <u>Psychiatry</u>. Edited by Holzer J, Kohn R, Recupero P, and Ellison, J. Oxford University Press, New York, NY (in press).

30. **Penn JV**, Weinstein HC. Correctional Psychiatry, In Kaplan & Sadock's Comprehensive Textbook of Psychiatry 10th edition.  Edited by Sadock BJ, Sadock VA and Ruiz P, Lippincott Williams & Wilkins, Philadelphia, PA (in press).

## **ABSTRACTS**

1. Penn JV, Phillips KA. (1995). Body Dysmorphic Disorder and Social Phobia, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting, Miami, Florida.

2.  Penn JV, Boland RJ, McCartney JR. (1995). Recognition and Treatment of Depressive Disorders Among Internists, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting.  Miami, Florida.

3.  Penn JV, Salloway SP. (1995). Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

4.  Chang K, Neeper R, Jenkins M, Penn JV, Bollivar L, Israeli L, Malloy P, Salloway SP. (1995). Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

5.  Penn JV, Zimmerman M, Mattia J. (1996). Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. New York, New York.

6.  Jenkins M, Malloy P, Cohen R, Salloway SP, Neeper R, Penn JV, Chang K. (1996). Attentional and Learning Dysfunction among Adults with History of Childhood ADHD, Poster Session, International Neuropsychological Society Annual Mid-Year Meeting. Veldhoven, The Netherlands.

7.  Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Annual Chester M. Pierce, M.D., Sc.D., Resident and Medical Student Research Symposium, National Medical Association 101st Scientific Assembly, Chicago, Illinois.

8.  Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Poster Session, Annual Lifespan Hospitals Research Celebration, Providence, Rhode Island.

9.  Penn JV, Holden P, Hendren RL.  (1997). Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes? Workshop Presentation and Poster Session, Annual Meeting Association for Academic Psychiatry, Albuquerque, New Mexico.

10. Leonard HL, Penn JV, March J. (1997). OCD in Children and Adolescents, Review of Psychiatry, Obsessive-Compulsive Disorder Across the Life Cycle, American Psychiatric Association Annual Meeting. San Diego, California.

11. Penn JV, Esposito C, Spirito A.  (2001). Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility, Poster Session, American Academy of Child and Adolescent Psychiatry Annual Meeting. Honolulu, Hawaii.

12. Penn JV, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. (2003) Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles, Poster Session, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas.

13. Penn JV. (2005) AACAP Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities, Symposium, Emerging Frontier of Psychiatry: Juvenile Justice, American Psychiatric Association Annual Meeting, Atlanta, Georgia.

14. Penn JV. (2005) Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies, Symposium, Juvenile Justice and Mental Health, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Paris, France.

15. Merideth P, Janofsky J, Penn JV. Phillips RTM, Recupero P. (2005) Difficult Case? Consult Your Colleagues, Workshop, American Academy of Psychiatry and the Law Annual Meeting, Montreal, Canada.

16. Chen JT, Hunt J, Penn JV, Spirito A. (2006) Psychiatric Differences Among Adolescents in a Psychiatric Hospital Versus a Juvenile Correctional Facility, Poster Session, American Psychiatric Association, Institute on Psychiatric Services, New York, New York.

17. Penn JV. (2006) Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility, Symposium, Recent Developments in the Research of Juvenile Offenders, American Academy of Child and Adolescent Psychiatry Annual Meeting. San Diego, California.

18. Penn JV. (2007) Acting Out: How to Manage Difficult Adolescents in Correctional Settings, Symposium (Chair), Novel Approaches to the Evaluation and Treatment of Juvenile Offenders, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Padua, Italy.

19. Garvey KA, Penn JV. (2007) Contracting for Safety with Adolescents: Is This an Empirically-Based Practice? Poster Session, American Academy of Psychiatry and the Law Annual Meeting, Miami, Florida.

20. Ryan E, Penn JV. (2007) Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies, Workshop Presentation, American Academy of Child and Adolescent Psychiatry Annual Meeting. Boston, Massachusetts.

21. Baillargeon J, Penn JV. (2008) The Prevalence and Treatment of Psychiatric Disorders in a State Prison System, Academic and Health Policy Conference on Correctional Health, Quincy, Massachusetts.

22. Garvey KA, Penn JV, Campbell AL, Esposito-Smythers CL, Spirito A. (2008) Contracting for Safety: Clinical Practice and Forensic Implications, Paper Session, American Academy of Psychiatry and the Law Annual Meeting, Seattle, Washington.

23. Baillargeon J, Penn JV, (2009) Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, New York, New York.

24. Baillargeon J, Penn JV, (2009) Psychiatric Disorder and Parole Revocation Among Texas Prison Inmates, Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, Florida.

25. Dingle AD, Zito JM, Sharma S, Zima BT, Varley CK, Carlson GA, Penn JV. (2010) Psychotropic Medication Use in Vulnerable Child and Adolescent Populations, Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York, New York.

26. Penn JV, (2011) Framework of Correctional Managed Care Models: Formulary Development and Implementation, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Berlin, Germany.

27. Ochoa K, Penn JV, Venters H, Hustings E, Mehta S, Belous L. (2011) Seriously Mentally Ill Persons in U.S. Immigration Detention, Panel, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts.

28. Penn JV, Harzke AJ, Baillargeon J, (2012) Risk of Reincarceration among Prisoners with Co-Occurring Serious Mental Illness and Substance Use Disorders, Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia.

29. Penn JV, (2012) Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry, Symposium, Forensic Psychiatry: Informing Clinical Practice, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania.

30. Torrealday O, Penn JV, (2013) Juveniles Behind Bars: Meeting Treatment Needs Through a Statewide Academic and Correctional Managed Care Partnership, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

31. Penn JV, (2013) Psychiatric Services in Jails and Prisons: An Update on the APA Guidelines, American Psychiatric Association Annual Meeting, San Francisco, California.

32. Penn JV, (2013) Psychiatric Comorbidity in Secure Juvenile Settings: How Complex an Issue is It Really? International Academy of Law and Mental Health, International Congress on Law and Mental Health, Amsterdam, The Netherlands.

33. Torrealday O. Penn JV, Parikh R, (2014) Meeting Complex Mental Health Needs of Youthful Offenders, Academic and Health Policy Conference on Correctional Health, Houston, Texas.

34. Parikh R, Torrealday O, Penn JV, (2014) Save Money and Get Better Care? Cost Effective Health Care Delivery in Juvenile Corrections, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

35. Torrealday O, Penn JV, (2015) Grievances: Strategies to Reduce Grief and Grievances While Improving Patient Care, Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts.

36. Appelbaum K, Ford E, Metzner J, Penn JV, Trestman R, (2015) The New APA Guidelines on Correctional Psychiatry, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Fort Lauderdale, Florida.

## INVITED PRESENTATIONS

1. "Cognitive Behavioral Treatment of Panic Disorder," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1993.

2. "Social Phobia: An Overview of Treatment Strategies," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1994.

3. "Paraphilias and Sexual Deviations," Butler Hospital, Outpatient Department Case Conference, Providence, Rhode Island, 1995.

4. "Cultural Competence in the Delivery of Mental Health Services," Rhode Island Psychological Association 1995 Annual Convention, Providence, Rhode Island, 1995.

5. "Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes?" Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

6. "Consulting to the Community: A Challenge for the Child and Adolescent Psychiatrist," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

7. "A School-Based Approach to Selective Mutism," Elmhurst Elementary School, Portsmouth, Rhode Island, 1977.

8. "Moodiness and Depression in Children and Adolescents," WLNE ABC Channel 6, Providence, Rhode Island, 1997.

9. "Moodiness and Depression in Adolescents," Mount Hope High School, Bristol, Rhode Island, 1997.

10. "Moodiness and Depression in Children and Adolescents," Lifespan Health Connection, Speaking of Kids, Parenting Education Series, Bradley Hospital, East Providence, Rhode Island, 1997.

11. "Career Opportunities in Child and Family Psychiatry," Junior Explorers, Miriam Hospital, Providence, Rhode Island, 1998.

12. "The Crisis of School Violence: How Do We Help Our Children," Testimony before the Congressional Children's Caucus, Washington, District of Columbia, 1999.

13. "Assessment of Violent Behavior in Adolescents," Department of Pediatrics, Division of Adolescent Medicine, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 1999.

14. "Overview of Child Psychiatric Consultation at the Rhode Island Training School to the Rhode Island Family Court," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 1999.

15. "The New Law and Psychiatry Service at Brown," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1999.

16. "Violent Threats Made by Adolescents: An Approach to Assessment and Treatment," The Family Health Center at SSTAR Program, Fall River, Massachusetts, 1999.

17. "Introduction to Child and Adolescent Psychopharmacology," Miriam Hospital, Rhode Island Nursing Association, Clinical Nurse Specialists Continuing Education Seminar, Providence, Rhode Island, 2000.

18. "What We Don't Want to Happen to Our Youth," Adolescent Mental Health and School Success Conference, Rhode Island Department of Health, Providence, Rhode Island, 2000.

19. "Psychiatric and Abuse Issues Affecting Incarcerated Youth," Justice for All Youth Conference, Rhode Island Office of the Child Advocate, Warwick, Rhode Island, 2000.

20. "Juvenile Violence," Grand Rounds, Newport Hospital, Newport, Rhode Island, 2000.

21. "Demystifying the Courts and the Legal Process for Juveniles," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2000.

22. "Warning Signs in Adolescents: A Practical Guide for Families and Educators," Lifespan Health Connection, Parenting Matters, Parenting Education Series, Tollgate High School, Warwick, Rhode Island, 2000.

23. "Mood Dysregulation and Mood Disorders in Incarcerated Youth," Grand Rounds, Judge Baker Children's Center, Boston, Massachusetts, 2001.

24. "The Crisis of School Violence: How Do We Help Our Children," Grand Rounds, Department of Psychiatry, State University of New York, Buffalo, New York, 2001.

25. "Mental Health Evaluation and Treatment of Incarcerated Youth," Child Psychiatry Fellowship Seminar Series, New England Medical Center, Boston, Massachusetts, 2001.

26. "Mood, Substance Abuse, and Other Mental Disorders in Violent Youth," St. Anne's Hospital, Fall River, Massachusetts, 2001.

27. "Teen Violence: Risk Management and Malpractice Issues" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

28. "Mental Health Needs of Incarcerated Youth" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

29. "Children's Mental Health Issues in Rhode Island: Problems and Solutions" Testimony before Congressional Committee Hearing, Rhode Island State House, Providence, Rhode Island, 2001.

30. "Mental Health Evaluation and Treatment of Incarcerated Youth," Sixth New England Correctional Health Conference, Sturbridge, Massachusetts, 2001.

31. "When Psychotherapies Are Not Enough: Medical Management of Aggression," Pediatric Psychopharmacology: An Update for Primary Care Practitioners, Providence, Rhode Island, 2001.

32. "Mental Health Evaluation and Treatment of Incarcerated Juveniles," The Providence Center, Providence, Rhode Island, 2001.

33. "School Shootings and Youth Violence," Truman Taylor Show, WLNE ABC, Channel 6, Providence, Rhode Island, 2001.

34. "Juveniles Presenting with Violent or Threatening Behaviors" Greater Fall River Child Protection Council and St. Anne's Hospital Lecture Series, Fall River, Massachusetts, 2001.

35. "School Shootings and Youth Violence," Healthwatch, NBC, WJAR Channel 10, Providence, Rhode Island, 2001.

36. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2001, Toll Gate High School, Warwick, Rhode Island, 2001.

37. "School Violence: Strategies for Schools and Families," N.A. Ferry Middle School, Johnston, Rhode Island, 2001.

38. "School Violence: Strategies for Schools and Families" CBS, WPRI, Channel 12, Providence, Rhode Island, 2001.

39. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2001.

40. "Bullying, Beatings & Beyond: Assessment and Treatment of Youth Violence," Rhode Island Psychological Society, Pawtucket, Rhode Island, 2001.

41. "Psychiatric Services for Incarcerated Juveniles," Annual Meeting, National Commission on Correctional Health Care (NCCHC), Albuquerque, New Mexico, 2001.

42. "Assessment and Treatment of Juvenile Sexual Offenders," (Discussant) Grand Rounds, Rhode Island Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, Providence, Rhode Island, 2001.

43. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Rhode Island Training School, Clinical Staff In-Service, Cranston, Rhode Island, 2002.

44. "Youth Violence: Evaluation and Treatment Approaches," University of Texas Medical Branch, Department of Psychiatry, Psychiatry Resident's Journal Club, Galveston, Texas, 2002.

45. "Youth Violence: Practical Strategies for Clinicians," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2002.

46. "Redefining the Use of Psychotropic Medications in Juvenile Justice Populations," 7th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2002.

47. "Profile of a Columbine Type Perpetrator: What to Look for and What to do About it," Annual Juvenile Probation and Justice Management Conference (Juvenile Probation Track): National Council of Juvenile and Family Court Judges Conference, Tucson, Arizona, 2002.

48. "Conduct Disorder: Evaluation and Treatment Approaches," Plymouth, Massachusetts, 2002.

49. "Conduct Disorder: Evaluation and Treatment Approaches," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

50. "Redefining the Use of Psychotropic Medications in Children and Adolescents," Kent County Mental Health Center, Warwick, Rhode Island, 2002.

51. "The Project Hope Experience: Evaluation and Treatment of Mental Health Issues in Incarcerated Juveniles," Children's Mental Health - A System of Care Approach, American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts, 2002.

52. "Clinical Challenges in Child and Adolescent Psychiatry," Beaumont, Texas, 2002.

53. "Recognizing Other Psychiatric Disorders" American Academy of Pediatrics: DB:PREP An Intensive Review Course of Developmental and Behavioral Pediatrics, Providence, Rhode Island, 2002.

54. "Youth Violence: Practical Strategies for Clinicians," Family Service Association of Greater Fall River, Inc., Fall River, Massachusetts, 2002.

55. "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2002.

56. "Psychotropic Medications: What They Do, What They Don't Do," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2002.

57. "Recognition and Management Strategies of Youth Violence for Mental Health Professionals," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

58. "Suicide Prevention in Juvenile Correctional Facilities," Staff Training Program, Rhode Island Training School, Cranston, Rhode Island, 2002.

59. "The Elephant in the Room: How the Legal System Can Impact Therapy," (Discussant) Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2003.

60. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2003, Toll Gate High School, Warwick, Rhode Island, 2003.

61. "Identification and Treatment of Mental Health Issues in Incarcerated Youth," 8th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2003.

62. "Missed Opportunities and Challenges: Identifying Mental Health and Substance Abuse Issues in Today's Youth," Physician Leadership on National Drug Policy Conference: Adolescent Substance Abuse and Mental Health: A Public Health Priority, Providence, Rhode Island, 2003.

63. "Evaluation and Treatment of Incarcerated Juveniles with Mental Health Issues: Challenges, Frustrations, and Solutions," Butler Hospital, Child and Adolescent Services Program Lecture Series, Providence, Rhode Island, 2003.

64. "Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies," National Conference on Correctional Health Care, Austin, Texas, 2003.

65. "Redefining the Use of Psychotropic Medications in Children," Annual Meeting of the RI Chapter of the American Academy of Pediatrics, Providence, Rhode Island, 2003.

66. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Brown University, Behavioral Misadventures Symposium, Providence, Rhode Island, 2003.

67. "Understanding and Defusing Explosive Kids," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

68. "Mixing Legal and Street Drugs: A Cocktail for Disaster," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

69. "Promising Programs: Suicide Prevention/Good Practices," 23 rd Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

70. "Challenging Youths, Families & Systems: Implementing Psychiatric Strategies and Risk Management Principles," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

71. "Acting Out Youths: Practical Evaluation & Treatment Strategies," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

72. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics PREP Course: Costa Mesa, California, 2004.

73. "Risky Behavior: How to Keep Youth Safe in Inpatient and Community Settings," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2004.

74. "ADHD Co-Morbidity: Practical Evaluation and Treatment Approaches," 2004 Fall CME Conference, New York State Society of Physician Assistants, Albany, New York, 2004.

75. "Behavioral Health Issues for Juvenile Offenders," 3rd Annual Behavioral Health in Corrections Conference, University of Rhode Island, Kingston, Rhode Island, 2004.

76. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

77. "Surviving Juvenile Corrections: Timely Suicide Prevention Strategies," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

78. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2004.

79. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Miami, Florida, 2005.

80. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Office of the Public Defender, Providence, Rhode Island, 2005.

81. "Juvenile Suicide Risk in Congregate Care Settings, "Suicide Prevention Promises and Practices – Focus on Youth Conference, Rocky Hill, Connecticut, 2005.

82. "Profile of a Columbine-Type Juvenile: What to Look for and What to Do About It," Juvenile Courts Association of Georgia 2005 Annual Seminar, Pineisle Resort at Lake Lanier, Georgia, 2005.

83. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Portland, Oregon, 2005.

84. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: Practical Pediatrics Course: Beaver Creek, Colorado, 2005.

85. "Strategies for Resident Advocacy at the State Legislature," 2nd Northeast Pediatric Resident Advocacy Conference, Hasbro Children's Hospital, Brown Medical School, Providence, Rhode Island, 2005.

86. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

87. "Suicide Prevention/Intervention Training," Staff Training Seminar Series, Rhode Island Training School, Cranston, Rhode Island, 2006.

88. "ADHD and Juvenile Delinquency," Annual Meeting, American Society for Adolescent Psychiatry, Miami, Florida, 2006.

89. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Criminal Division, Office of the Attorney General, Providence, Rhode Island, 2006.

90. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, San Diego, California, 2006.

91. "Berber v. Mellott, MD: Lessons from a Medical Malpractice Mock Trial," Continuing Medical Education Program, Professional Risk Management Services, Inc., Providence, Rhode Island, 2006.

92. "How to Respond to Mentally Ill and Substance-Abusing Youth in the Juvenile Justice System," 25th Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Providence, Rhode Island, 2006.

93. "Acting Out: How To Manage Difficult Adolescents," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

94. "You Be the Judge: A Mock Trial Involving an Inmate's Claim," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

95. "Assessment and Treatment of Court-Involved Youth in Juvenile Corrections and Other Settings: Challenges, Frustrations, and Solutions," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2006.

96. "Mental Health Services for Juvenile Offenders," Grand Rounds, Department of Psychiatry, Maine Medical Center, Portland, Maine, 2007.

97. "Strategies to Avoid the Courtroom – The Case for Thorough Medical Documentation," UNAP/Rhode Island Health Care Education Trust Seminar Series, Rhode Island Hospital, Providence, Rhode Island, 2007.

98. "Suicide Prevention Strategies for Juveniles in Correctional Settings," Congress: Prevention of Suicidal Conduct in Incarcerated Minors, Campidoglio, Sala Della Protomoteca, Rome, Italy, 2007.

99. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, Las Vegas, Nevada, 2007.

100. "Civil Commitment of Adolescents," Rhode Island/Hasbro Hospitals Department of Pediatric Emergency Medicine, Case Conference, Providence, Rhode Island, 2007.

101. "Emerging Issues in Forensic Psychiatry," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2007.

102. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2007.

103. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, Nashville, Tennessee, 2007.

104. "Lessons Learned from Inside the Fence: Juvenile Offenders, the RI Training School and Family Court Systems," Rhode Island Psychiatric Society, Providence, Rhode Island, 2007.

105. "Use of Psychotropic Medications for Incarcerated Youth," Updates in Correctional Health Care, National Conference on Correctional Health Care, San Antonio, Texas, 2008.

106. "Mentally Ill Juveniles," American Correctional Association, New Orleans, Louisiana, 2008.

107. "Identification and Management of Juvenile Mental Disorders," National Conference on Correctional Health Care, Chicago, Illinois, 2008.

108. "Identification and Management of Juvenile and Adult Mental Disorders," Texas Corrections Association, Austin, Texas, 2008.

109. "Use of Psychotropic Medications Within Correctional Settings," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2008.

110. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2008.

111. "Mental Health Services within the Texas Correctional System," National Institute of Mental Health (NIMH) and UTMB: Mental Illness, Incarceration and Community Re-Entry: Telepsychiatry and Continuity of Mental Health Care, Austin, Texas, 2008.

112. "Essentials of Correctional Juvenile Health Care," Updates in Correctional Health Care: Transforming Principles to Practice, Las Vegas, NV.

113. "Preventing Suicide in Corrections: Timely Collaboration Between Administration, Custody, and Clinical Staff," UTMB CMC Annual Conference, Galveston, Texas, 2009.

114. "Psychotropic Medication Education for Non-Psychiatrists," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

115. "Malingering: Practical Evaluation and Management Approaches," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

116. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

117. "Rational Approach to Psychotropic Medications in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

118. "Behind the Bars and Razor Wire: Mental Health Disorders Within Correctional Settings," Texas Department of Criminal Justice (TDCJ) Community Justice Assistance Division (CJAD) Skills Conference, Austin, Texas, 2009.

119. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Orlando, Florida, 2009.

120. "Evaluation and Treatment of Personality Disorders," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2009.

121. "Mental Health Issues of the Female Offender," Texas Corrections Association Annual Conference, Galveston, Texas, 2010.

122. "Identification and Management of Adult and Juvenile Mental Health Disorders in Correctional Settings, National Conference on Correctional Health Care, Boston, Massachusetts, 2010.

123. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

124. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

125. "Mental Health Formulary and Disease Management Guidelines Development and Utilization with the Texas Department of Criminal Justice," Mental Health Conference, United States Bureau of Prisons-Health Services Division, Oklahoma City, Oklahoma, 2010.

126. "Competency to Assist in Immigration/Deportation Hearings: Application of Existing Competency Evaluation Models to Immigration Context (Non-Citizens with Mental Disabilities)," United States Immigration and Customs Enforcement (ICE)/Office for Civil Rights and Civil Liberties (CRCL) Mental Health Roundtable, Washington, D.C., 2010.

127. "Mental Health Systems of Care, Formulary and Disease Management Guidelines Development and Utilization within the Texas Department of Criminal Justice," Forensic Best Practices Conference, Houston, Texas, 2010.

128. "Juvenile Waiver and Transfer to Criminal Court," Conference Update on Juvenile Forensic Evaluations, Capacity for Justice, Austin, Texas, 2010.

129. "Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2010.

130. "Behind the Bars and Razor Wire: Mental Health Disorders within Correctional Settings" University of Texas Arlington, Annual Psychiatric Nursing Symposium, Arlington, Texas, 2011.

131. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Phoenix, Arizona, 2011.

132. "Medical Conditions That Can Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

133. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

134. "Containing Your Psychotropic Medication Expenses: Strategies for Formulary Development and Implementation," American Correctional Association, Phoenix, Arizona, 2012.

135. "Child and Adolescent Forensic Psychiatry," International Conference on Forensic Psychiatry, Santiago, Chile, 2012.

136. "An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

137. "Acting Out" Offenders: Implementing Mental Health/Psychiatric Strategies and Risk Management Principles, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

138. "Save Pharmacy Dollars: Contain Your Psychotropic Medication Use and Expenses" American Correctional Association, Denver, Colorado, 2012.

139. "Practicing Behind Bars: Challenges and Opportunities within Correctional Psychiatry" Grand Rounds, Keck School of Medicine of the University of Southern California, Department of Psychiatry, Los Angeles, California, 2012.

140. "Review of NCCHC's Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

141. "Medical Conditions That Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

142. "Mad Versus Bad Offenders: Implementing Mental Health Strategies and Risk Management Principles," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

143. "Contain Your Psychotropic Medication Use and Expenses," American Correctional Association, Houston, Texas, 2013.

144. "Evaluation and Management of Juvenile Offenders," American Correctional Association, Houston, Texas, 2013.

145. "Integrating Mental Health and Medical Issues in the Complex Environment of Corrections," Society of Correctional Physicians, Denver, Colorado, 2013.

146. "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Advocacy Center, Columbia, South Carolina, 2013.

147. "Identification and Prevention of Suicide and Self Injurious Behaviors in Correctional Settings," American Association of Suicidology, Austin, Texas 2013.

148. "'Acting Out' Adolescents: Pearls for Effective Evaluation and Management," American Correctional Association, National Harbor, Maryland, 2013.

149. "Preventing Suicide Behind Bars: Real World Approaches," American Correctional Association, National Harbor, Maryland, 2013.

150. "DSM-5: An Overview and Its Impact on Correctional Mental Health," UTMB CMC Annual Conference, Galveston, Texas, 2013.

151. "Overview of UTMB CMC Mental Health Services," Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI) Advisory Committee, Austin, Texas, 2013.

152. "An In-Depth Look at NCCHC's 2014 Standards for Health Services in Prisons," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

153. "Institutional Self-Injury: Managing the Self-Destructive Juvenile," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

154. "Medical Conditions That Present as Psychiatric in Nature," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

155. "Guidelines for Treatment of Adolescents with ADHD," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

156. "Correctional Psychiatry: The Final Frontier of Psychiatry," Psychiatry Grand Rounds, John Peter Smith (JPS) Health Network, Fort Worth, Texas, 2014.

157. "DSM 5: What Pediatricians Need to Know," "Psychopharmacology in Primary Care: Practical Strategies," "Adolescent Substance Abuse," and "Adolescent Suicide and Self-Injurious Behaviors," American Academy of Pediatrics: Practical Pediatrics CME Course, Hilton Head, South Carolina, 2014.

158. "Mental Health Issues of Female Offenders," and "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Corrections Academy, Aurora, Colorado, 2014.

159. "Correctional Psychiatry: The Final Frontier of Psychiatry?" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2014.

160. "Mental Health Issues of the Female Offender," American Correctional Association, Salt Lake City, 2014.

161. "Strategies to Improve Patient Safety and Professional Satisfaction," National Conference On Correctional Health Care, Las Vegas, Nevada, 2014.

162. "Risk Management: How is Your Jail Liable?" National Conference on Correctional Health Care, Las Vegas, Nevada, 2014.

163. Various Topics in Child and Adolescent Psychiatry, 25th Annual Pediatric Symposium, Joe DiMaggio Children's Hospital at Memorial, Fort Lauderdale, Florida, 2014.

164. "Breaking Bad: Timely Strategies for Offenders with Mental Illness," Mid-Winter Workshop, Texas Corrections Association, Austin, Texas, 2014.

165. "Assessment & Prevention of Suicide and Self-Injurious Behaviors: Correctional Best Practices," American Correctional Association, Long Beach, California, 2015.

166. "Diagnosing Mental Illness Using DSM-5," American Correctional Association, Indianapolis, Indiana, 2015.

167. "An In-Depth Look at NCCHC's 2015 Standards for Health Services in Juvenile Detention and Confinement Facilities," National Conference on Correctional Health Care, Dallas, Texas, 2015.

168. "Medical Conditions That Present as Psychiatric in Nature." National Conference on Correctional Health Care, Dallas, Texas, 2015.

169. "Demystifying Mental Illness: It's Not All in Your Head." Texas Department of Criminal Justice (TDCJ) Health Services Division Annual Conference, Huntsville, Texas, 2015.

170. "PTSD in Corrections, Diagnostic and Treatment Issues." American Correctional Association, New Orleans, Louisiana, 2016.

171. "The Development of a University-Based Specialty Program for State Prisoners with Gender Dysphoria." American Correctional Association, New Orleans, Louisiana, 2016.

172. "Acting Out Youths: Timely Forensic and Correctional Approaches." Presidential Symposia, "Issues for Child and Adolescent Psychiatry in the 21st Century." American Psychiatric Association, Atlanta, Georgia, 2016.

173. "Use of Telepsychiatry Within Correctional Settings." American Correctional Association, Boston, Massachusetts, 2016.

174. "LGBT Offenders: Critical Issues in Gender Dysphoria." Coalition of Correctional Health Authorities, All Health Authority Training, National Institute of Corrections, Washington, D.C., 2016.

175. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

176. "Epidemiology of Suicide." Texas Society of Psychiatric Physicians Conference, Austin, Texas. 2018.

177. "The Assessment and Management of Suicide Risk, Tex Med Conference, San Antonio, Texas May 2018.

178. "The Assessment and Management of Violence Risk, Tex Med Conference, San Antonio, Texas May 2018.

179. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

180. "Practicing Correctional Psychiatry Behind the Bars and Razor Wire: Challenges and Opportunities," McMaster University: International Forensic Psychiatry Lecture Series. Virtual CME Program, December 2020.

181. "Mental Health: Finding a Way Past Trauma and Violence," UTMB Health Virtual Winter Series, Galveston, Texas, March 2021.

182. "Seclusion and Restraint in Correctional Settings," Texas Society of Child and Adolescent Psychiatry: Child Psychiatry at the Crossroads: Focus on At Risk Populations and Social Change. Virtual CME Program, July 2021

183. "Diagnosis and Treatment of Individuals with Gender Dysphoria (GD) Within Correctional Settings," Developments in Correctional Psychiatry Course, American Academy of Psychiatry and the Law (AAPL), Virtual CME Program, December 2021.

## <u>GRANTS</u>

1. Penn (PI)                                                     01/01/2002-01/01/2003
   "Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility." Source: American Academy of Child and Adolescent Psychiatry, Eli Lilly and Company. $ 9,000.
   Role: Principal Investigator

2. Penn (PI)                                                     01/01/2003-05/31/2004
   "Correlates of Suicidal Behavior in Incarcerated Juveniles." Source: Lifespan Developmental Grant, Lifespan. $ 29,451.
   Role: Principal Investigator

3. Penn (PI)                                                     06/30/2004-12/31/2005
   "Liability Prevention for Hasbro Hospital Staff: Practical Strategies for Youths with Mental Health and Substance Abuse Issues." Source: Lifespan Risk Management, Lifespan. $12,200.
   Role: Principal Investigator

4. 5K23DA021532 (PI: Tolou-Shams, Ph.D.)                         02/01/2008-01/13/2013

"HIV Prevention in the Family Drug Court."  Source: National Institute of Drug Abuse (NIDA)
Role: Consultant

## UNIVERSITY TEACHING ROLES

Brown University, Residency in Psychiatry, 1995: "Effective Documentation and Medical Record Strategies for Psychiatrists," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Antipsychotics: An Introduction and Rational Clinical Approach," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Cultural Psychiatry," PG-3 Seminar Series, Seminar Leader (weekly seminars).

Brown Medical School, 1997: "Biomed 278: Introduction to Clinical Psychiatry," Small Group Leader, (weekly meetings).

Brown University, Residency in Psychiatry, 1997: " PG-2 Seminar: Mood Disorders in Children and Adolescents" (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1998: "Children's Testimony in Court: Roles of the Expert Witness and Videotaped Interviews," Child and Adolescent Forensic Psychiatry Seminar Series, (single seminar).

Yale University Law School, Disabilities Clinic, 1999: "Introduction to Child and Adolescent Psychopharmacology," (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Risk Assessment of Youth Violence," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Rhode Island Mental Health Law," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University Residency in Psychiatry, 1999: "Introduction to Child and Adolescent Forensic Psychiatry," PG-3 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999: Community Mental Health Center Rotation, Family Health Center at SSTAR, Fall River, Massachusetts, Clinical Supervisor, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: Clinical Supervisor, Brown University Child Psychiatry Forensic Psychiatry Elective, (weekly supervision).

Brown University Residency in Psychiatry, 2000-2001: "Disruptive Disorders, Antisocial Behaviors, and Legal Issues," PG-2 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 2000-2008: "Child and Adolescent Forensic Psychiatry" Seminar Leader, (four seminars).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2002: Clinical Supervisor, Community Mental Health Center Rotation, Kent County Mental Health Center, Warwick, Rhode Island, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2008: Clinical Supervisor, Forensic/Juvenile Justice Rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown Medical School, 2002-2008: Clinical Supervisor for 3rd and 4th year medical students, Longitudinal elective, 4th year elective, and psychiatry rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown University Residency in Psychiatry, 2002-2003: Tutor-Advisor to Nada Milosavljevic, M.D., J.D., PG-2 Psychiatry Resident.

Brown University Residency in Psychiatry, 2003: "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Noon Seminar, (single seminar).

Brown University Post-Doctoral Juvenile Forensic Psychology Training Program, 2003-2008: Core Supervisor and Seminar Leader.

Brown University Psychology Intern and Post-Doctoral Fellowship Training Program, Child Track Seminar Series Presenter, 2004-2008: "The Law and Psychiatry/Psychology" (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Risk Assessment of Potentially Violent Juveniles," PG-3 Resident Seminar, (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Divorce, Custody and Visitation Issues: The Psychiatrist Facing Court Systems," PG-2 Resident Seminar, (single seminar).

Brown University Residency in Child and Adolescent Psychiatry, 2005-2008: "Evaluation and Treatment of Conduct Disorder," Child and Adolescent Psychiatry Developmental Psychopathology Seminar Series, (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2008-present: "Opportunities and Challenges within Correctional and Forensic Psychiatry," (single seminar).

UT Health Science Center at Houston, Department of Psychiatry and Behavioral Sciences, Residency in Child Psychiatry, 2008-present: "Juvenile Correctional Mental Health Services in Texas," (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2010-present: "Suicide Prevention and Litigation: Timely Risk Management Approaches," Forensic Psychiatry Seminar Series, (single seminar).

## HOSPITAL TEACHING ROLES

Butler Hospital, 1993-1996: Seminar Leader, Various Psychiatry Topics, Brown University Medical Students' Psychiatry Clerkship, (multiple seminars).

Rhode Island Hospital, 1995: Psychiatry Preceptor and Consultant to Internal Medicine Housestaff Clinic, (twice weekly clinic).

E. P. Bradley Hospital, 1997: Adolescent Program Training, "The Use of Antipsychotics in Adolescents," (one seminar).