# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLENE LIBERTY, JOHN DAPONTE, JOHN DAVIS, DUANE GOMES, ADAM HANRAHAM and CHARLES KERNER, on behalf of themselves and all others similarly situated; and<br>DISABILITY RIGHTS RHODE ISLAND,<br><br>on behalf of its constituents,<br><br>   *Plaintiffs*,<br><br> v.<br><br>RHODE ISLAND DEPSARTMENT OF CORRECTIONS; PATRICIAL COYNE-FAGUE, in her official capacity as the Director of the Rhode Island Department of Corrections; MATTHEW KETTLE, in his official capacity as Assistant Director of Institutions and Operations; and BARRY WEINER, in his official capacity as Assistant Director of Rehabilitation Services<br><br>   *Defendants*. | C.A. No. 19-cv-00573-JJM-PAS |

## MOTION TO WITHDRAW ATTORNEY TAMMIE GREGG AS PLAINTIFFS' COUNSEL OF RECORD

Plaintiffs hereby move to withdraw Tammie Gregg as counsel for the Plaintiffs. As of January 22, 2024, Tammie Gregg will no longer be employed by the National Prison Project of the American Civil Liberties Union and should be removed as counsel of record. Ms. Gregg respectfully requests that service and all electronic filing notice be terminated as to her. Other counsel of record will remain counsel for the Plaintiffs. Plaintiffs respectfully request that the Court continue to serve all correspondence, pleadings, and other documents and paper on the remaining attorneys of record.

Dated: January 22, 2024

By: /s/ Tammie Gregg
Tammie M. Gregg
ACLU National Prison Project
915 15th St, NW, 7th Floor
Washington, DC 20005-2313
Telephone: (202) -494-8969
Facsimile: (202) 393-4931
Email: tgregg@aclu.org
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of January 2024, the within document was electronically filed and served on all counsel of record via the ECF system and it is available for viewing and downloading.

/s/ Brian Adae